# Exhibit A

Privilege Presentation Slides

# While you wait...

Please make sure you have the following: paper for journaling, blank white paper, and a writing utensil.

**Norms:**
- Be Present!  Have your video on during professional learning.
- Mute your microphone in whole group when not speaking (not breakouts).
- Assume positive intentions.
- Participate

1

# Data from PL Survey



On a scale of 1-5, what is the level of student engagement in your remote classes?
142 responses

Have you created opportunities for student collaboration in your remote classes?
142 responses

2

Connections to the Instructional Vision



3

## Learning Target



- I can explore my own identity and privilege to better understand how I relate to my students in order to increase engagement and collaboration.

4

## Agenda



1:20   Welcome

1:25    Introduction - Student Voice

1:35    Identity & Privilege Activity

2:20    Break-Out Group Reflection Time

2:40    Closure in Whole Group

2:50    Dismiss

5

# Student Voice



## Identity Wheel - draw yours!



## Exploring Privilege Introduction

- **We're going to explore our privilege as related to various social identities. Privilege refers to ways that individuals or groups can enjoy advantages based on their real or perceived membership in identity categories (race, gender, sexuality, etc.)**

- **This exercise is not meant to make anyone feel guilty or ashamed of having or not having privilege, but rather to explore how we ALL have SOME privilege, and therefore to also explore how to engage that aspect of our life.**

- **We believe it is critical for everyone to reflect on privilege in this way in order to use our individual and collective privilege(s) for equity and social justice.**

8

## **<u>Exploring Privilege - Instructions</u>**

**I will display 8 slides. Each slide includes a list of 8 statements related to a specific social identity. Each statement describes one possible example of privilege related to that category's system of oppression and privilege.**

**Note that the statements are  not meant to be exhaustive or comprehensive; these are meant to be a sampling, and a starting point for reflection. You might think of other categories that could be included, or you might contest some of the items. Please do not over-analyze the statements: the goal is to begin reflection.**

**If you can quickly answer "basically yes," to a statement, shade in 1 section within that portion of your identity wheel. If your answer is "basically no," do not. Note that each list is meant to focus on your current status in life, which may mean that you haven't always enjoyed the privileges that you can identify today, or that you may have less privilege in a category than you once did.**

9

## Sexuality Privilege

1.  I can be pretty sure that my boss and coworkers will be comfortable with my sexual orientation.

2.  When I mention my sexuality (such as in a joke or talking about my relationship), I will not be accused of pushing my sexual orientation onto others.

3.  I can go home from meetings, classes, and conversations without feeling excluded, fearful, attacked, isolated, outnumbered, unheard, held at a distance, stereotyped or feared because of my sexual orientation.

4.  People don't debate the validity of my sexuality or my civil rights because of my sexuality.

5.  No one will ever question whether or not it is appropriate for me to have children or get married because of my sexual orientation.

6.  I can easily find a religious community that will not exclude me for my sexuality.

7.  I can walk in public with my significant other and not have people double-take or stare or worry about our physical safety.

8.  Businesses can't refuse to serve me based on my sexuality.

10

## Ability Privilege

1. I have never been taunted, teased, or ostracized due to a disability.

2. I have never been accused of faking or imagining a disability.

3. I do not have to worry where the curb cuts are located or if I do not know what a curb cut is.

4. I can assume that I will easily have access to any building.

5. I can perform daily tasks and not have people ask me how I complete those tasks with my ability status.

6. I can sit anywhere I want in a room and still be able to see and hear comfortably.

7. I never have to worry about having an interpreter present in events that I attend.

8. I do not have to worry about the cost of medication or maintaining my job for health insurance to manage a disability.

## Gender/Sex Privilege

1. I do not worry about walking alone at night.

2. If I choose not to have children, my gender will not be called into question.

3. I do not have to consider my physical safety when I accept a date.

4. I can complain about something without being told I am too emotional or asked if it is that time of the month.

5. I can have multiple sexual experiences and be patted on the back and not called derogatory names.

6. If I have children and a career, no one will think I'm selfish for not staying home.

7. My elected representatives are mostly people of my own sex.

8. When I ask to see "the person in charge," odds are I will face a person of my own sex.

12

## Race Privilege

1. I can choose blemish cover or bandages in "flesh" color and have them more or less match my skin.

2. I do not fear increased mortality from COVID-19 or standard medical procedures such as giving birth.

3. I can be sure that if I ask to see 'the person in charge," I will be facing a person of my race.

4. If a police officer pulls me over, I can be sure I haven't been singled out because of my race.

5. I can choose public accommodations without fearing that people of my race cannot get in or will be mistreated in the places I have chosen.

6. When I am told about our national heritage in the U.S. or about 'civilization,' I am shown that people of my color made it what it is.

7. My words and actions are not used as representations of my entire race.

8. I can easily buy posters, picture books, greeting cards, dolls, toys, and magazines featuring people of my race.

13

## Religious Privilege

1.  My school is closed on my major religious holidays.

2.  I can openly talk about my religious practices without concern for how it will be received by others.

3.  When people find out my faith beliefs, I am not bombarded with questions about why I subscribe to that religion.

4.  I probably do not need to learn the religious or spiritual customs of others, and I am likely not penalized for not knowing them.

5.  I can travel without others assuming that I put them at risk because of my religion; nor will my religion put me at risk from others when I travel.

6.  My citizenship and immigration status will likely not be questioned, and my background will likely not be investigated because of my religion.

7.  I can openly display religious symbols on my body (dress, accessories, etc.) without people staring or asking questions.

8.  I can easily find a place of worship in my town that aligns with my beliefs.

14

## Class Privilege

1. Where I went to college was not dependent on my financial aid package.

2. I have health insurance.

3. My family owned a home that I grew up in.

4. I am reasonably sure that I will not have to skip meals because I can't afford to eat.

5. I have taken a vacation within the past three years.

6. I did not lose my job due to the pandemic.

7. During the pandemic, if I wanted to, I was easily able to access outdoor spaces for recreation for me and/or my family.

8. The neighborhood I live in is relatively free of obvious drug use, prostitution, and violent crime.

## Nationality/Citizenship Privilege (U.S)

1.  If I apply for a job, my legal right to work in this country probably will not be questioned.

2.  I will never be denied housing in the U.S. due to my citizenship.

3.  I can go into any bank and set up a checking account without fear of discrimination.

4.  I can be reasonably sure that if I need legal or medical assistance, my citizenship status will not matter.

5.  I do not fear that my employer will threaten me with deportation.

6.  If I wanted to, I could travel freely to almost any country and be admitted back into the U.S.

7.  If I were a victim of a crime, I wouldn't think twice about seeking police assistance due to my citizenship status.

8.  I am not afraid of my family or friends being deported or arrested due to their immigration status.

## Other Privilege

1. I did not have to "come out" to my family, friends, and/or others.

2. My dietary needs are met at most public locations.

3. My first language is spoken in most places I go.

4. I do not have to worry if there will be enough room for me in a car, airplane, amusement park ride, or theater seats.

5. Both of my parents are still alive.

6. I can find clothes that fit my body type in most department stores.

7. Members of my family have never been incarcerated.

8. When I was growing up family members told me they loved me and encouraged me.



# Break out rooms

Small group discussion: How did it feel to engage in this activity?



## Norms in Breakout Groups:

1: Assume positive intentions.

2: You do not have to share if you don't feel comfortable doing so.

3. It's OK to feel discomfort. This isn't easy!

4: Agree to disagree respectfully.

# Reflection

Discussion prompts:

- **Why is it important for us to be aware of privilege as an aspect of our identities/experience?**

- **How did completing this activity affect my understanding of myself?**

- **How did completing this activity affect my understanding of my students?**

- **How does my identity impact my relationship with my students?**

21