# Exhibit B

Board's Administration Policy on Professional Development

2112

**Administration**

**Professional Development**

The board of education recognizes the importance of professional development opportunities for new and experienced administrators that is systematic, planned, on-going, and coordinated to support district goals and the improvement of student learning as reflected on the Connecticut Mastery Test, the Connecticut Academic Performance Test, and other assessment measures approved by the district.  Administrators should provide positive role models for other staff and students by adopting the dual roles of teacher and learner. Formal acknowledgment of the importance of these reciprocal roles and responsibilities will lead to sustained professional growth and learning among administrative staff, which will, in turn, benefit the school community.

A philosophy that promotes continued learning for all educators should permeate professional development programs and practices. The philosophy should specifically support different learning needs, based on experience, and an investment in the professional growth of future school leaders.

All administrators should be exposed to professional growth opportunities and educational practices that address ways to foster intellectual achievement, excellence, diversity, and equity in the school community. Professional development programs should be developed to assist and alert participants to issues related to the impact of racial, ethnic, and gender bias in the classroom, in the schools, and in the broader community.

Professional development activities will be provided for all staff. The superintendent will work toward achieving excellence in education by utilizing varied professional development programs aimed at developing leadership skills, stimulating interest, and providing career advancement support and professional development opportunities for new and experienced administrators.

Policy adopted: June 15, 1999                HARTFORD PUBLIC SCHOOLS
Policy updated:  October 5, 2004             Hartford, Connecticut