# Exhibit C

Avicolli's November 10, 2020, Email



**Avicolli, Tracy**

Tue 11/10/2020

Good Afternoon Erin, Cat, Abbey, Mike, Tim, Eric, and Claudia,

I wanted to follow up on our professional learning session on Identity and Privilege from 10/28. It has come to my attention that a fellow teacher was making inappropriate and aggressive comments in your breakout room. I am extremely upset and saddened by this behavior, not only about the comments themselves, but because that teacher created a unsafe and hostile environment for you be able to participate in our session.

Please know that this incident is being investigated and that you might be contacted by Suhail Aponte, as you were all present. If you notice that someone who was in the breakout room that day is not on this email, please let me know and I will send this to them.

I am so sorry you had this experience during our dept. professional learning session and please know this behavior is unacceptable. As always, please reach out to me with any questions or concerns on this. I thank you all for your professionalism and dedication to our work.

All my best,
Tracy