# Exhibit D

Avicolli's January 29, 2021, Email

**J. Grande - Eval. and Slide Deck**

Avicolli, Tracy
Fri 1/29/2021 1:22 PM
To: Aponte, Suhail
**Hello Suhail,**

Below is the Professional Learning Evaluation from 10/28. First screen shot is of the directions for the evaluation, proving it was not stated that this was anonymous. The sEcond screen shot is his response. Also here, is the slide deck for the learning that day identity and Privilege PD Slide Deck from 10.28

1.



2.



Let me know if you need anything more from me,
Tracy

**Tracy Avicolli**
Director of Arts and Wellness
**Hartford Public Schools**
330 Wethersfield Ave.
Hartford, CT 06114