# Exhibit E

Avicolli's Emails Requesting Updates

## Granoth, Robert

**From:** Avicolli, Tracy
**Sent:** Monday, February 1, 2021 10:29 AM
**To:** Aponte, Suhail
**Subject:** Grande

Good Morning Suhail,

Given that we are remotely working today, I didn't want your recommendation to Ed for John Grande to be forgotten. Please keep me posted on this.

Thanks for your help,
Tracy

**Tracy Avicolli**
**Director of Arts and Wellness**
Hartford Public Schools
330 Wethersfield Ave.
Hartford, CT 06114

**Granoth, Robert**

| | |
|---|---|
| **From:** | Avicolli, Tracy |
| **Sent:** | Wednesday, February 3, 2021 1:51 PM |
| **To:** | Aponte, Suhail |
| **Subject:** | RE: Grande |

Good Afternoon Suhail,

Checking in on the status of John Grande case. Please advise, thanks!

**Tracy Avicolli**
Director of Arts and Wellness
**Hartford Public Schools**
330 Wethersfield Ave.
Hartford, CT 06114

---

**From:** Avicolli, Tracy
**Sent:** Monday, February 1, 2021 10:29 AM
**To:** Aponte, Suhail <APONS001@hartfordschools.org>
**Subject:** Grande

Good Morning Suhail,

Given that we are remotely working today, I didn't want your recommendation to Ed for John Grande to be forgotten. Please keep me posted on this.

Thanks for your help,
Tracy

**Tracy Avicolli**
Director of Arts and Wellness
**Hartford Public Schools**
330 Wethersfield Ave.
Hartford, CT 06114

# Granoth, Robert

| | |
|---|---|
| **From:** | Avicolli, Tracy |
| **Sent:** | Thursday, March 11, 2021 8:42 AM |
| **To:** | Aponte, Suhail |
| **Cc:** | Mccarthy, Christine |
| **Subject:** | J. Grande |

Good Morning Suhail,

Do you have an update on the John Grande case? I have not heard anything and last I heard from you, Ed Wilson was going to meet with him, however I have not received an invite.

Please advise. Thanks.

Tracy

**Tracy Avicolli**
Director of Arts and Wellness
**Hartford Public Schools**
330 Wethersfield Ave.
Hartford, CT 06114