# Exhibit F

Letter of Reprimand

**HARTFORD**
PUBLIC SCHOOLS

*Where the future is present.*

Leslie Torres-Rodriguez, Ed.D.  
Superintendent

Edward Wilson, Jr., Esq.  
Staff Attorney/Executive Director of Internal  
Investigations and Security

December 10, 2021

Mr. John Grande

Dear Mr. Grande:

Our office has concluded an investigation into claims that you engaged in inappropriate and unprofessional conduct. Specifically, it is alleged that you made inappropriate and unprofessional comments in a group discussion during a Professional Development (PD) session focused on race and privilege[1]. Multiple staff members reported hearing you make these comments, which some allege included foul language, and reported that the comments made them uncomfortable.

A pre-disciplinary meeting was held on October 26, 2021, in the presence of Principal Christine McCarthy, Senior Executive Director of Talent Management Natasha Banks, Staffing Specialist Janet Serrano, and your union representative Corey Moses. You were present for this meeting; I conducted the meeting. Prior to the meeting, you were given the opportunity to provide a statement to a Hartford Public Schools (HPS) Investigator, which you did. In your statement, you admitted to stating, "I was just man-bashed and white-shamed. I'm gonna sit here quietly," during the group discussion. However, you denied the allegation that you used any inappropriate or profane language. During the pre-disciplinary meeting, you were given the opportunity to provide an oral statement and any other information you felt may be relevant before any disciplinary decisions were made.

---

[1] In this PD session, privilege was explored in multiple areas to include sexuality, ability, gender/sex, race, religion, class, and nationality/citizenship. The learning target was for staff members to be able to explore their own identity and privilege to better understand how they relate to students in order to increase collaboration and engagement.

**Office of Talent Management and Labor Relations**  
Phone: (860) 695-8688 · Fax: (860) 722-8083  
300 Wethersfield Avenue Fourth Floor Hartford CT 06114 ∞ www.hartfordschools.org

The HPS Employee Handbook outlines the expected standards of conduct for all employees and identifies "any inappropriate or unprofessional conduct" as behavior that may result in corrective action, up to and including termination.[2]

All Hartford Public School employees are expected to conduct themselves in a professional manner. As an educational institution, Hartford Public Schools and its employees establish behavioral standards that influence the development of students. Employee behavior is expected to model rational and constructive adult conduct. Employee behavior that does not reflect positive social values will have a negative influence on students and fellow employees and is unacceptable.[3]

Based on our investigation, the District finds that you violated the provision of the HPS Employee Handbook referenced above by making inappropriate and unprofessional comments in a group discussion with other HPS staff members.

To be clear, this finding is not based on your opinions or feelings regarding the training; it is based solely on the way you expressed these sentiments which was inappropriate, unprofessional, and made several staff members uncomfortable. You had the ability and obligation to express yourself in a professional manner, which is the expectation of all HPS employees in all situations. Additionally, the presentation that was given during the PD in question specifically stated in the breakout group instructions that, "you do not have to share if you don't feel comfortable doing so," and instructed all participants to, "agree to disagree respectfully."

As a result of these findings, **you are hereby subject to a written reprimand. This letter serves as your written reprimand and will be placed in your personnel file.** Additionally, **you are required to take the following training in Vector** (formerly SafeSchools):

- Sensitivity Awareness (available at: https://hartford-ct.safeschools.com/courses/details/COURSE-SENSITIVITY_AWARENESS)

**Please provide evidence of successful completion by January 14, 2022.**

The violations of District policy in which you engaged are unacceptable, and any future failure to follow expected standards of conduct will not be tolerated. Please be aware that any future misconduct may subject you to further disciplinary action, up to and including termination.

---

[2] Hartford Public Schools Employee Handbook, p. 14-15.
[3] Hartford Public School Employee Handbook, p. 16.

**Office of Talent Management and Labor Relations**
Phone: (860) 695-8688 · Fax: (860) 722-8083
300 Wethersfield Avenue Fourth Floor Hartford CT 06114 ∞ www.hartfordschools.org



Sincerely,


_____/s/_____
Edward Wilson, Jr., Esq.
Staff Attorney/Executive Director of Internal Investigations and Security


cc:  C. McCarthy, C. Moses, C. Gale, N. Banks, J. Serrano, R. Granoth

**Office of Talent Management and Labor Relations**
**Phone: (860) 695-8688 · Fax: (860) 722-8083**
**300 Wethersfield Avenue Fourth Floor Hartford CT 06114 ∞ www.hartfordschools.org**