# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN GRANDE,<br>　　　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION NO: 3:24-cv-00010-SFR |
| v. | : <br> : | |
| HARTFORD BOARD OF EDUCATION;<br>LESLIE TORRES-RODRIGUEZ, in her<br>individual capacity and her official capacity<br>as Superintendent of Hartford Public<br>Schools; EDWARD WILSON, JR., in his<br>individual capacity and his official capacity<br>as Staff Attorney/Executive Director of<br>Internal Investigations and Security of<br>Hartford Public Schools; and TRACY<br>AVICOLLI, in her individual capacity and<br>her official capacity as Director of Arts<br>and Wellness for Hartford Public Schools,<br>　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | FEBRUARY 5, 2025 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this Court, Defendants Hartford Board of Education, Leslie Torres-Rodriguez, Edward Wilson, Jr. and Tracy Avicolli (collectively "Defendants") move for summary judgment as to all counts of Plaintiff John Grande's two-count Complaint dated January 3, 2024. As set forth more fully in the accompanying Memorandum of Law, summary judgment is appropriate based on Plaintiff's deposition testimony and other evidence which establishes that there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

Accordingly, and for the reasons set forth in the Memorandum of Law, Defendants' Motion for Summary Judgment should be granted, and judgment should enter for Defendants.

**DEFENDANTS,**
**HARTFORD BOARD OF EDUCATION,**
**LESLIE TORRES-RODRIGUEZ,**
**EDWARD WILSON, JR., and**
**TRACY AVICOLLI**

By:    */s/ Margaret J. Strange*
Margaret J. Strange (ct08212)
Margaret.Strange@jacksonlewis.com
Sara R. Simeonidis (ct25566)
Sara.Simeonidis@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on February 5, 2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Sara R. Simeonidis*
Sara R. Simeonidis