# Exhibit A

Case 3:24-cv-00010-SFB   Document 45-1   Filed 03/05/25   Page 2 of 13
John Grande vs Hartford Board of Education, 3/05
Leslie Torres-Rodriguez                                        Job Date:11/20/2024

```
 1  CASE NO: 3:24-CV-00010-JAM: UNITED STATES DISTRICT COURT
 2  - - - - - - - - - - - - - - - -X
 3  JOHN GRANDE,                      ) FOR THE DISTRICT
 4         Plaintiff,                 )
 5                                    ) OF CONNECTICUT
 6  v.                                )
 7                                    )
 8  HARTFORD BOARD OF EDUCATION,      )
 9  ET AL,                            )
10         Defendants.                )
11  - - - - - - - - - - - - - - - -X
12
13         DEPOSITION OF: LESLIE TORRES RODRIGUEZ
14         DATE:  NOVEMBER 20, 2024
15         HELD AT:   HILTON GARDEN INN
16         1181 BARNES ROAD
17         WALLINGFORD, CT 06492
18
19
20  Reporter:    NICHOLAS J. SANTOVASI, JD, CER
21               BRANDON LEGAL TECH LLC
22               37 Pinnacle Mountain Road
23               Simsbury, Connecticut 06070
24
25
```

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 3 of 13
Leslie Torres-Rodriguez                                         Job Date:11/20/2024
Torri Grande v. Hartford Board of Education, 3/25

```
 1   who, like, sets forth policies of the Board of Education?
 2       A    The Board of Education does.
 3       Q    Okay.  Do you have any role in making policies or
 4   implementing policies?
 5       A    We implement policy.  I and all of the employees in
 6   Hartford Public Schools.
 7       Q    Got you.  Do you have any role in creating the
 8   policies?
 9       A    There is someone on my team that works with the
10   Board through a policy committee.
11       Q    What is the Cabinet?  I've heard of something called
12   the Cabinet at Hartford Public Schools.  What is that?
13       A    It's the senior executive team.
14       Q    Okay.  You're pointing at something.  What are you
15   pointing at?
16       A    Senior executives in the Cabinet.
17       Q    And is that all those positions at the bottom of
18   that first page of this exhibit?
19       A    Correct.
20       Q    Okay.  Is that everybody that's on the Cabinet?
21       A    Yes.  In this organizational chart?  Yes.
22       Q    And those positions, they all start with either
23   chief or executive director.  What exactly do they do?  I'm
24   not talking, like, specifically what each one does, but you
25   said they're part of the Cabinet, right?
```

Case 3:24-cv-00010-SFR  Document 45-1  Filed 03/05/25  Page 4 of 13
Foss Grande v. Hartford Board of Education
Leslie Torres-Rodriguez                                                    Job Date:11/20/2024

1   A   Yes.

2   Q   So are these all different offices within the
3   Hartford Public Schools?

4   A   Correct.

5   Q   Okay.  And do they all -- all these offices, you
6   oversee every single one of them?

7   A   No.

8   Q   Which ones don't you oversee?

9   A   At that point -- at this point, when this was the
10  organizational chart, I was overseeing our Chief of
11  Academics, Teaching and Learning.

12  Q   Okay.

13  A   Our Chief of Family and Community Partnerships and
14  our Deputy Superintendent.

15  Q   Okay.  So what about the Chief of Talent in DEIB?

16  A   What's your question?

17  Q   Yeah, did you oversee that department?

18  A   The deputy oversaw.

19  Q   Okay.  The Deputy Superintendent?

20  A   Correct.

21  Q   And who supervised the Deputy Superintendent?

22  A   Me.

23  Q   Okay.  So you oversaw that department, too?

24  A   I oversaw the Deputy Superintendent.

25  Q   So you didn't have any supervision or control over

Case 3:24-cv-00010-SFR    Document 45-1    Filed 03/05/25    Page 5 of 13
Josh Grande vs. Hartford Board of Education, 3/25
Leslie Torres-Rodriguez                                                    Job Date:11/20/2024

```
 1  the Chief of Talent in DEIB?
 2       A   I was not their primary supervisor.
 3       Q   No, but you were a supervisor?
 4       A   I'm the superintendent.
 5       Q   And what do you mean by that?
 6       A   I'm the CEO of the school system.
 7       Q   Okay.  So it's fair to say then, you have oversight
 8  of everything on this page?
 9       A   I have oversight, supervisory oversight of the
10  Deputy Superintendent, the Chief of Academics, Teaching and
11  Learning, the Chief of Family, Community Partnerships.
12       Q   In regards to teacher discipline, who would have
13  supervision over that?
14       A   Our labor team.
15       Q   And if you can think back to 2020, 2021, who was the
16  head of that?  The labor team.
17       A   Ed Wilson.
18       Q   And you know who Ed Wilson -- who supervised him?
19       A   Our chief of talent in 2020, 2021.
20       Q   Yeah, maybe -- if you want to go to -- I think it's
21  the sixth page.  There's, "Office of Talent and Labor
22  Relations."  Is that what you're referring to?
23       A   Yes.
24       Q   Okay.  And when you say, "the Labor Department," is
25  there a certain area on this page that you're talking about?
```

Leslie Torres-Rodriguez                Rio Grande vocational Board of Education                Job Date:11/20/2024

```
 1      A    Yes.
 2      Q    And what is that?
 3      A    It's Ed Wilson, Executive Director of Internal
 4  Investigation and Security Staff Attorney -- Security and
 5  Staff Attorney.
 6      Q    Is it fair to say that's the right side of this
 7  graph on this page we're looking at?
 8      A    Yes, that is correct.
 9      Q    And you said the Deputy Superintendent oversaw this
10  office?
11      A    The Deputy Superintendent oversaw the Chief of
12  Talent, Diversity, Equity, Inclusion, and Belonging, who
13  oversees this office.
14      Q    And you supervise the Deputy Superintendent,
15  correct?
16      A    Correct.
17      Q    Okay.  I'm going back to the first page now, the
18  cabinet positions, the chiefs and the Deputy Superintendent.
19  Who was responsible for training those administrators?
20      A    Each of the supervisors.
21      Q    Okay.  So you supervised the Chief of Academics, I
22  think you said you did back then, is that correct?
23      A    Back then.
24      Q    Yeah.  So I'm referring to 2020, 2021.  Sorry, I'm
25  not trying to be confusing.
```

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 7 of 13
Leslie Torres-Rodriguez                    Job Date:11/20/2024
Torres-Rodriguez vs. Hartford Board of Education

```
 1        A    The deputy in 2021 -- I don't -- we had a deputy.  I
 2   don't recall in 2020, 2021.
 3        Q    Do you recall that you oversaw that office, though,
 4   in 2020, 2021, the Office of Academics?
 5        A    I don't recall if it was just a deputy at that point
 6   overseeing all of the offices.  The org chart changed, so I
 7   don't recall.
 8        Q    Okay.  Who would be in charge of training the Deputy
 9   Superintendent back in 2020, 2021?
10        A    Me.
11        Q    Who was the Deputy Superintendent then?
12        A    Alberto Vasquez Matos.
13        Q    Who was Madeline Negron in 2020 and 2021?
14        A    Chief Academic Officer.
15        Q    Okay.  So that would be -- if you go to the third
16   page, Office of Academics, Teaching and Learning.  Here it
17   says, "Chief of Academics, Teaching and Learning."  Is that
18   the same position?
19        A    In 2020, it was the person supervising the Office of
20   Academics.
21        Q    Got you.  Okay.  So obviously it wasn't Kondra
22   Rattley then.  That's fair to say?
23        A    Correct.
24        Q    Okay.  So if we would take Madeline Negron and plug
25   her into this chart in 2020, 2021 she would be where Dr.
```

Case 3:24-cv-00010-SFR    Document 45-1    Filed 03/05/25    Page 8 of 13
Rio Grande v. Clinton Board of Education, 3/25
Leslie Torres-Rodriguez                                                Job Date:11/20/2024

```
 1   Rattley is?
 2        A    Yes.
 3        Q    Okay.  And is it fair to say that she would have
 4   overseen the positions that flow out of the chart here on the
 5   third page?
 6        A    Correct.
 7        Q    Okay.  Do you know if administrators were ever
 8   trained while you were superintendent regarding teachers'
 9   freedom of speech rights?
10        A    I don't know.
11        Q    Did you ever lead any training on teachers' freedom
12   of speech rights?
13        A    No.
14        Q    Did your Deputy Superintendent ever lead any
15   training on teacher freedom of speech rights?
16        A    I don't know.
17        Q    What do you know about professional development for
18   teachers in Hartford Public Schools?
19        A    I know that our teachers have professional
20   development.
21        Q    And do you play any role in deciding what
22   professional development programs they're going to take?
23        A    No.
24        Q    Who would have -- who would make those decisions?
25        A    The department leads.
```

Case 3:24-cv-00010-SFR    Document 45-1    Filed 03/05/25    Page 9 of 13
Torres-Rodriguez v. Hartford Board of Education
Leslie Torres-Rodriguez                                                    Job Date:11/20/2024

```
 1      Q   And when you say department leads, is there someone
 2  you're referring to or is there a specific area on this org
 3  chart that would take care of that.
 4      A   Professional learning is designed and offered by --
 5  it could be anyone.  Instructional coaches, directors,
 6  assistant directors.
 7      Q   Okay.  And you were kind of referring to somewhere
 8  on the chart.  Where were you referring to?
 9      A   Anywhere where there's a director, assistant
10  director role or title.
11      Q   Okay.  And you're looking at the Office of Academics
12  page, correct?
13      A   Correct.
14      Q   Okay.  How long have you known Tracy Avicolli?
15      A   Several years.
16      Q   And when you say, "several years," you've been at
17  Hartford since -- I think you said 2015.  Is that correct?
18      A   Yeah.
19      Q   Have you known her since then?
20      A   No.
21      Q   Okay.  Did you know her in 2020?
22      A   Yes.
23      Q   Would you consider her a friend?
24      A   No.
25      Q   Did you ever sit next to her at commencements at
```

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 10 of 13
John Grande v. Hartford Board of Education, et al.
Leslie Torres-Rodriguez                                    Job Date:11/20/2024

```
 1   says, "Superintendent-level hearing."  Do you see that?
 2        A    I do.
 3        Q    Do you know what that means?
 4        A    It's a level of hearing.
 5        Q    A hearing of what?
 6        A    It says, "Superintendent-level hearing."
 7        Q    Okay.  And it references a grievance.  Do you see
 8   that?
 9        A    I do.
10        Q    What is the superintendent-level hearing of a
11   grievance?
12        A    It is a level of the hearing.
13        Q    And it says, "Superintendent-level."  That's you,
14   right?  You're the superintendent?
15        A    I'm the superintendent.
16        Q    So this is a grievance that would have been
17   addressed to you, correct?
18        A    No.
19        Q    Why not?
20        A    I don't know why.
21        Q    Well, it's a superintendent-level hearing, and you
22   were the superintendent in 2022, correct?
23        A    Yes.
24        Q    Okay.  So why didn't you respond to this grievance?
25        A    I have a team that responds to grievances.
```

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 11 of 13
John Grande v. Hartford Board of Education, et al.
Leslie Torres-Rodriguez                                                       Job Date:11/20/2024

1      Q   And in 2022, did you delegate the authority to
2  people on that team to do so?
3      A   There is a labor team that handles all grievances.
4      Q   At your supervision?
5      A   The supervision of the deputy, the Chief of Talent,
6  and the deputy.
7      Q   Okay.  And because it says, "Superintendent-level
8  hearing," is it fair to say that they handle these
9  grievances, you know, by delegation?  That you delegated them
10 the authority to hear them?
11     A   They are a department of Hartford Public Schools
12 that is responsible for grievances.
13     Q   And as superintendent, that's one of the departments
14 that you're in charge of?
15     A   As superintendent, I have -- we, the Hartford Public
16 Schools have a variety of departments, and that is one of
17 them.
18     Q   Yes.  And as superintendent, you're the chief
19 executive of all those departments, correct?
20     A   I am the Chief Executive Officer of the school
21 system.
22     Q   Did you ever provide training to any of your
23 designees on how to handle grievances?
24     A   No.
25     Q   When were you made aware of this grievance from Mr.

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 12 of 13
John Grande v. Hartford Board of Education, et al.
Leslie Torres-Rodriguez                                                    Job Date:11/20/2024

1  Grande?

2     A   When I was served Notice of the claim.

3     Q   As superintendent, do you have the authority to
4  rescind teacher discipline?

5     A   There's a process for discipline.

6     Q   Yes.  And as superintendent, if a teacher was
7  disciplined for any reason, would you have the authority to
8  overrule that discipline?

9     A   The team that handles the grievances has the
10 authority.

11    Q   But in your role as superintendent, would you also
12 have the authority to overrule that discipline or rescind
13 that discipline?

14    A   That duty belongs to the team that is responsible
15 for grievances and the discipline.

16    Q   Okay.  So is your testimony that you do not have
17 that authority?

18    A   As a superintendent, I have a team that is
19 responsible for the grievances, and they would determine --

20    Q   Okay.

21    A   -- the ruling.

22    Q   So you could never overrule a teacher discipline?

23           MS. STRANGE:  Objection.

24           THE WITNESS:  I have a team that is
25 responsible for grievances.

Case 3:24-cv-00010-SFR   Document 45-1   Filed 03/05/25   Page 13 of 13
John Grande v. Hartford Board of Education, et al.
Leslie Torres-Rodriguez                                                Job Date:11/20/2024

```
 1      Q   (By Mr. Hetherington)  I hear you.  I'm just looking
 2   for a yes or no answer.
 3              MS. STRANGE:  Objection.
 4      Q   (By Mr. Hetherington)  Could you overrule teacher
 5   discipline?  Yes or no?
 6              MS. STRANGE:  Objection.  She has no
 7   obligation to answer yes or no.
 8              THE WITNESS:  It's responsible for doing that.
 9      Q   (By Mr. Hetherington)  So you couldn't do that?
10      A   The team is responsible for doing that.
11      Q   So you could never do it?
12              MS. STRANGE:  Objection.
13              THE WITNESS:  The team of labor is responsible
14   for doing that.
15      Q   (By Mr. Hetherington)  And that team of labor
16   reports to you eventually as superintendent.  Correct?
17      A   The team reports to the Chief of Talent and the
18   Deputy Superintendent.
19      Q   Yes.  And the Deputy Superintendent reports to who?
20      A   The Deputy Superintendent reports to the
21   superintendent.
22      Q   And that's you, right?
23      A   I am the superintendent of Hartford Public Schools.
24              THE REPORTER:  Exhibit 7.
25      Q   (By Mr. Hetherington)  Look at exhibit 7.  On the
```