Exhibit B

```
 1            UNITED  STATES  DISTRICT  COURT
                DISTRICT  OF  CONNECTICUT
 2


 3


 4

   - - - - - - - - - - - - - - -X
 5   JOHN GRANDE,                 )
           Plaintiff,            )
 6                               )
     vs.                         )CIVIL ACTION NO.:
 7                               )3:24-cv-00010-JAM
     HARTFORD BOARD OF EDUCATION, )
 8         ET AL                 )
           Defendants.           )
 9   - - - - - - - - - - - - - - X

10


11


12


13         DEPOSITION OF: JOHN GRANDE
           DATE:  JULY 30, 2024
14         HELD AT:  JACKSON LEWIS P.C. 90
           STATEHOUSE SQUARE, HARTFORD, CT.
15


16


17


18


19
     Reporter:   JOHN C. BRANDON, RPR, LSR #0002
20                 BRANDON LEGAL TECH LLC
                 37 Pinnacle Mountain Road
21                  Simsbury, CT 06070

22


23


24


25
```

1    Q    Anything else?

2    A    Well, depending on your school they can do

3    their own, too.  Sometimes it has nothing to do

4    with my subject area.

5    Q    If it has nothing to do with your subject

6    area really are there times that you are still

7    required to take the training?

8    A    It's up to the administrator if they want

9    to keep us there, or we can do something else.

10    Q    So, when you say the administrator, let me

11    back up.  Who do you report to?

12    A    My boss is my principal.

13    Q    And then who is, when you say it's up to

14    the administrator, who is that?

15    A    My principal.

16    Q    So, does your principal make the decision

17    about whether you're going to participate in the

18    professional development programs?

19    A    Well, he would be the one who would have

20    to give us permission for not being there.

21    Q    Okay.  So, is there a rule that you have

22    to go to professional development unless you get

23    permission not to go?

24    A    I'm not sure if it's a rule, but I always

25    show up.

```
 1       Q   Okay.  So throughout the years 1989 until
 2   today you would attend different professional
 3   development programs?
 4       A   Yes.
 5       Q   And are those given like the students get
 6   a day off and you go to professional development
 7   for a day, or is it something that you go to
 8   after school or on the weekends?
 9       A   Sometimes it's a day off for the kids,
10   sometimes it's a half day.
11       Q   And did you ever have any problems going
12   to the professional development programs?
13       A   What do you mean by problem?
14       Q   Did you ever complain about going to them?
15       A   I don't recollect I did.
16       Q   So did you understand that it was part of
17   your job to engage in professional development?
18       A   I wouldn't say it was part of my job.  I
19   think it was just a requirement that teachers had
20   to do.
21       Q   Okay.  And over the years were there other
22   topics that were covered in professional
23   development?
24       A   Yes, it varied.
25       Q   All right.  So, let me give you an
```

1  nurturing our students?

2      A    I believe that it was always taking place

3  anyway.  Again, just using a tragedy to make

4  yourself look good.

5          And this was the one that started it off.

6  Don't forget there was a whole series.  You're

7  focusing on this one because it started it.

8          The pattern, this was the first of the

9  pattern.  Look at them all and then you'll

10  understand.

11     Q    And the, in this particular cover e-mail

12  where do you think she's exploiting a situation?

13     A    The death of George Floyd at the hands of

14  a white male police officer.

15     Q    Do you believe that the superintendent was

16  exploiting the death of George Floyd to your

17  detriment?

18     A    I believe she was, yes.

19     Q    What do you base that on?

20     A    Because she is, she's cozying up to a

21  group that would identify with the victim, George

22  Floyd.

23          And I said this before, while at the same

24  time pointing the finger at a group by way of

25  race, gender and profession that would, that

1  would identify with the assailant.  That's what

2  you call race baiting.

3     Q   When you say the assailant in the George

4  Floyd case are you talking about the police

5  officer who was convicted?

6     A   He would be considered the assailant.

7     Q   Okay.  When you were, when all of this

8  happened in 2020 what was the predominant racial

9  make up of the Hartford Public Schools?

10    A   With respect to the students --

11    Q   Yes.

12    A   -- or the staff.

13    Q   Yes.

14    A   I don't have those numbers.

15    Q   Was it a diverse student population?

16    A   I think it's diverse.

17    Q   Okay.  Did you at all consider that the

18  purpose of this e-mail and the attachment was so

19  that in teaching a diverse group of students you

20  would be open to, you might want to be open to

21  different opinions about how they're impacted by

22  the George Floyd events?

23    A   Originally I didn't think much of this.

24  But when you add this to the remaining e-mails

25  that were sent out, it shows a pattern.

```
 1        So it leads back to this starting it.
 2   You're focusing just on this and not the rest of
 3   them.
 4        Q    Okay.  What specifically is the pattern
 5   that it led to?
 6        A    She is taking tragedies that occur in this
 7   country, or incidents, and exploiting them for
 8   the purpose of identifying with a group that
 9   would identify with the victims, while at the
10   same time pointing the finger at a group by way
11   of race, gender and profession that would
12   identify with the assailants.
13        Q    Okay.  How does that relate to your
14   current lawsuit against the superintendent as an
15   individual defendant?
16        A    Freedom of speech.  I was reprimanded for
17   answering a question.
18        Q    Do you believe that the superintendent was
19   responsible for that reprimand?
20        A    She could have stopped it.
21        Q    Okay.  Do you have any evidence that the
22   superintendent was in any way responsible for
23   that reprimand?
24        A    Her name was on the letterhead.
25        Q    Okay.  Do you know, other than her name
```

```
 1  complaint be filed on your behalf?

 2      A    Yes.

 3      Q    Did you review it before it was filed?

 4      A    Yes.

 5      Q    And did you agree with the contents of

 6  this complaint?

 7      A    Yes.

 8      Q    I'll direct your attention to page five,

 9  paragraph 22.  Were you required on October 28th,

10  2020 to participate in a professional development

11  session focused on race and privilege?

12      A    Yes.  I signed up for it.

13      Q    Okay.  It says you and other personnel

14  were required to participate.  Who else was

15  required to participate?

16      A    That was for the entire unified arts

17  department.

18      Q    Is this similar to the other professional

19  development programs where part of your job was

20  to participate in the program?

21      A    It was something that was offered that we

22  sign up for.  I'm not sure I understand your

23  question.

24      Q    Sure.  You say here you were required, you

25  were required to participate.  Is this one of
```

```
 1   those professional development programs that you

 2   had to participate in as part of your job?

 3       A   Yes.

 4       Q   And how was this program presented?

 5       A   Via Zoom.

 6       Q   What was the contents of the program?

 7       A   Identity and privilege.

 8       Q   Did you participate in the program?

 9       A   Yes.

10       Q   How long was the program?

11       A   I don't remember.

12       Q   Where were you when you participated?

13       A   My house.

14       Q   Was anybody else with you when you

15   participated?

16       A   No.

17       Q   Did you take any notes during this

18   program?

19       A   No.

20       Q   And did you, during the program did you

21   see a presentation on the Zoom on your computer?

22       A   A PowerPoint.

23       Q   Yes.  Okay.  I'm sorry, did you

24   participate on your laptop or your PC?

25       A   My iPad.
```

1   Q   Okay.  Did anyone speak at that program?

2   A   Which part?

3   Q   Any part.  Were there any speakers?

4   A   I really don't remember how it began.

5   Q   Okay.  Let's mark this.

6

7          (Defendant's exhibit 3, Privilege

8          Presentation Slides, marked for

9          identification)

10

11  Q   (By Ms. Strange)  Looking at exhibit

12  defendant's exhibit three, what is this document?

13  A   This is the PowerPoint.

14  Q   Is this the PowerPoint from the program

15  that was referenced in your complaint?

16  A   Yes.

17  Q   Did you attach this document to your

18  complaint?

19  A   I believe so.

20  Q   Where did you get this PowerPoint?

21  A   This was sent to us to link into.

22  Q   Now, looking at this document, you say it

23  was sent to you to link into.  Did somebody

24  present the program and share their screen, or

25  was this PowerPoint the entire program?

1    A   Well, it was being presented in going

2  through the PowerPoint.

3    Q   Okay.  And in going through the

4  PowerPoint, if you look at page one did you have

5  to wait for the program to begin?

6    A   I'm not sure what you are saying.  Did I

7  wait for the program to begin?

8    Q   Page one says while you wait.  Was there

9  like a lag time?

10    A   Probably to be accepted into the Zoom

11  meeting I'm assuming.  I don't know.

12    Q   And it says to have paper and a writing

13  utensil.  Did you take any notes from this

14  program?

15    A   No.

16    Q   Did you pay attention to the whole

17  program?

18    A   Not all of it.

19    Q   How much of it did you pay attention to?

20    A   I probably stopped participating when I

21  recognized what it was.

22    Q   When was that?

23    A   During the pie chart activity.

24    Q   And when you say you stopped

25  participating, did you still have the program up

```
 1   on your iPad?

 2       A    Yes.

 3       Q    So what do you mean stopped participating?

 4       A    The part where you shade in the pie chart.

 5       Q    If you go to page two, there's reference

 6   to the level of student engagement in remote

 7   classes.

 8            Were you teaching remote physical

 9   education classes when this presentation was

10   given?

11       A    I was doing remote with the kids, yes.

12       Q    Okay.  Was there an issue in the school

13   district with engagement in remote classes?

14       A    I don't remember.

15       Q    Did you have any issues in students

16   engaging in your remote classes?

17       A    No.

18       Q    How does a student engage in a physical

19   education class remotely?

20       A    Well, they show up for class, you give

21   them an assignment or activity to do.  It

22   included a warm-up and an activity, and you'll

23   talk to them, you'll explain to them, and then

24   you'll give them time to do it, come back and

25   meet, and that's the class.
```

```
 1        A    Well, as that went on I viewed them as
 2   gaslighting.
 3        Q    What's gaslighting?
 4        A    Kind of poking at somebody to admit that
 5   they have privilege.
 6        Q    And did you disagree with that?
 7        A    Yes.
 8        Q    Why?
 9        A    Who says I had privilege?
10        Q    Were you, did you go through the exercises
11   at all?
12        A    What exercises?  The -- the headings on
13   the pinwheel?
14        Q    I think you said before that you did not
15   do the pinwheel, correct?
16        A    I looked at them, I started looking at
17   them and then I stopped.  I didn't shade anything
18   in.
19        Q    So you did not, you didn't participate in
20   the part where it was, talked about your
21   privilege?
22        A    I read through them.
23        Q    Okay.  Now, it says you might contest some
24   of these items.  Does that seem fair?
25        A    Where's that?
```

```
 1        Q   It's in the middle of page nine.

 2        A   Um, yes.

 3        Q   Okay.  And did you agree that the goal was

 4   just for you to begin reflection?

 5        A   I didn't see it as reflection.

 6        Q   What did you see it as?

 7        A   Gaslighting.

 8        Q   All right.  Did you stay for the entire

 9   presentation?

10        A   Yes.

11        Q   All right.  Did you have to submit

12   anything afterwards to confirm that you had

13   stayed for the entire presentation?

14        A   I don't believe so.

15        Q   While you were remote how many

16   professional development programs were you

17   required to participate in?

18        A   For that school year?

19        Q   Yes.

20        A   I don't remember, but there was I think

21   maybe two a month.

22        Q   And did you participate in all of the

23   professional development programs that were

24   required while you were remote?

25        A   Until I found that I was under
```

1    investigation.

2        Q    When was that?

3        A    January of '21.

4        Q    So before that did you participate in

5    every professional development program that was

6    required while you were remote?

7        A    I believe I did.

8        Q    Does that include the professional

9    development program we just looked at?

10       A    Yes.

11       Q    Okay.  Was there anything that the school

12   did to prove that you participated?

13       A    I don't know.

14       Q    Okay.  But you, as teachers on their honor

15   would participate in these professional

16   development programs, right?

17       A    Yes.

18       Q    Okay.  In other words, you participated in

19   them all, you never like went out shopping or

20   decided to skip them?

21       A    Well, the ones I'm thinking of, the ones

22   that were in my school.  So they knew who was

23   there.

24       Q    The ones, even the remote ones?

25       A    Yes.

1    Q    Okay.  All right.  So on the presentation

2  that we, the professional development

3  presentation that we just talked about on October

4  28th, 2020, would they see that you were

5  participating?

6    A    Yes.

7    Q    Okay.  And you participated start to

8  finish, the whole program?

9    A    Yes.

10   Q    And that was part of your job duties?

11   A    Our responsibilities or requirements I

12  would say.

13   Q    Following the professional development

14  session did you provide any feedback?

15   A    For this one in October?

16   Q    Yes.

17   A    We were broken up into smaller groups, and

18  asked for our feelings on it.

19   Q    Okay.  Who was in your smaller group?

20   A    There were a combination of teachers from

21  unified arts.

22   Q    Do you remember which teachers were there?

23   A    Yes.

24   Q    Who were the teachers?

25   A    Um, Catherine Barr, Karen Dugan, Ed

```
 1   Sutcliffe, Claudia Portil, Tim Keene, Eric

 2   Soucie, a guy named Mike, I forgot his last name.

 3   It begins with a P.

 4        Q    Was it Ponsicorvo (phonetic)?

 5        A    That sounds correct.

 6        Q    Was he a music teacher?

 7        A    Yes.

 8        Q    Anybody else?

 9        A    There was another guy there by the name of

10   Dennis.

11        Q    Do you know Dennis's last name?

12        A    No.

13        Q    So there's a total of nine people

14   including you?

15        A    Yes.

16        Q    Okay.  Was that session in a breakout

17   room?

18        A    Yes.

19        Q    What do you recall about that session?

20        A    It started off quiet.  And I opened it up

21   by saying that I just got man bashed and white

22   shamed, but I'm going to sit there quietly.

23        Q    So you opened this session.  And what did

24   you specifically say?

25        A    I said I just got man bashed and white
```

```
 1   shamed.  I'm going to sit here quietly.
 2       Q    What did you mean by that?
 3       A    That's why the -- we were asked to just,
 4   how we felt about the training.  So I expressed
 5   how I felt about the training.
 6       Q    What specifically about the training led
 7   you to say that?
 8       A    All the questions under the eight
 9   categories.
10       Q    Is that the only thing that made you say
11   that?
12       A    Yes.
13       Q    Okay.  So there wasn't, nobody said
14   something on the training that you felt was man
15   bashing or white shaming?
16       A    No, it was the activity.  That's what we
17   were discussing.
18       Q    Now, didn't you testify you did not
19   participate in the activity?
20       A    I didn't shade in the chart.  I was there.
21   I read through them.
22       Q    And explain what you mean by shade the
23   chart?
24       A    There was a pie chart.  If you can answer
25   yes to a question you were to shade in the pie
```

1   to be in their house.

2      Q   So you don't think it would be helpful to

3   think about other ways to maybe have students

4   exercise outside?

5      A   If the situation comes up where they

6   inform me of that, and that's the problem, we can

7   work stuff out.

8      Q   Okay.  Is it safe to say you didn't think

9   the training was helpful to you as a teacher?

10     A   I don't think teachers should have to go

11  through this and have their race and gender and

12  their sexual preference, you know, targeted or

13  pointed at.

14     Q   How was your race, gender or sexual

15  preference targeted in the training?

16     A   Because I viewed this training as

17  targeting a certain group.

18     Q   Other than what you've testified to, is

19  there anything in exhibit three that supports

20  your statement that the training targeted a

21  specific group?

22     A   I'd have to read through all of these.

23     Q   Let me ask it this way:  At the time you

24  said I just got man bashed and white shamed what

25  did you base that on?

```
 1      A    The activity and the questions.

 2      Q    Is there anything about the activity and

 3  the questions that you based that on?

 4      A    Are you looking for a specific question?

 5      Q    I'm just asking if you made the statement

 6  what was it based on?

 7      A    I'm sorry, say that again.

 8      Q    You made the statement I just got man

 9  bashed and white shamed, correct?

10      A    Yes.

11      Q    Okay.  Was it based entirely on the

12  contents of that exhibit three?

13      A    It was based on my feelings about the

14  activity when asked.

15      Q    Okay.  Other than what's in the document

16  in exhibit three, is there anything else about

17  the activity or the training that led to you

18  saying I just got man bashed and white shamed?

19      A    Other than doing the activity?  I'm still

20  confused by your question.

21      Q    You said you did not do the activity,

22  correct?

23      A    I didn't participate in shading.

24      Q    So your comment that I just got man bashed

25  and white shamed is just based on the contents of
```

```
 1   that document in front of you, exhibit three?

 2       A    The questions asked, yes.

 3       Q    Okay.  When you made that comment on the

 4   Zoom call was Catherine Barr on that Zoom call?

 5       A    Yes.

 6       Q    Who is Catherine Barr?

 7       A    A former music teacher.

 8       Q    What's her race?

 9       A    White.

10       Q    Were you friends with Catherine Barr?

11       A    No.

12       Q    Okay.  Do you know whether she complained

13   about the comment that you made?

14       A    I found out she did.

15       Q    What was her complaint?

16       A    She accused me of making a statement

17   saying that I'm not buying into this white

18   bashing bullshit.

19       Q    When did she make that statement?

20       A    I saw an e-mail from her that afternoon.

21   It was dated that afternoon or that day.

22       Q    When did you see the e-mail?

23       A    A couple of weeks ago.

24       Q    Did you in fact say in that Zoom -- strike

25   that.  Can you go back to exhibit two, please,
```

1   the complaint.  Page six.

2       Did you -- I want to confirm paragraph 31.

3   Did you say I was just man bashed and white

4   shamed.  I'm going to sit here quietly?

5       A   Yes.

6       Q   Looking at paragraph 35, did you also say,

7   quote, I'm not buying into that white bashing BS?

8       A   Yes, at the end of the meeting.

9       Q   So when she said that you said you're not

10  buying into this white bashing BS, that's exactly

11  what you said, correct?

12      A   I said BS.

13      Q   Were you mad when you said that?

14      A   No.

15      Q   You say in paragraph 37 that your comments

16  sparked no reaction during the breakout group

17  meeting, but your comments did spark reactions

18  afterwards, correct?

19      A   Where are you looking?

20      Q   I'm sorry, paragraph 37 of the complaint.

21  On the bottom of page six.

22      A   Okay.

23      Q   Did your comments spark any reaction

24  during the breakout group meeting?

25      A   Which comments are you referring to?

```
 1      A    That's what the -- that's what it said on
 2   the form.
 3      Q    Okay.  Well, you say that's what it said
 4   on the form.  When you were in the breakout room
 5   did you know that you could have just said
 6   nothing?
 7      A    Yes.
 8      Q    So you chose to make comments, correct?
 9      A    I was asked to discuss how did this
10   activity make you feel.
11      Q    And you voluntarily chose to answer that,
12   correct?
13      A    Yes.
14      Q    Did all participants answer it?
15      A    I don't believe all of them did.
16      Q    Do you know whether, who is Erin Dugan?
17      A    A former theater teacher.
18      Q    Were you friends with Erin Dugan?
19      A    No.
20      Q    What was her race?
21      A    White.
22      Q    Do you know whether Erin Dugan complained
23   about your conduct in the Zoom room?
24      A    She wrote a statement against me.
25      Q    When you say she wrote a statement against
```

```
 1      Q    Okay.  What part don't you remember?

 2      A    The last part.

 3      Q    Okay.

 4      A    And I believe I said 32 years in Hartford.

 5      Q    Did you complete a survey following this

 6   training?

 7      A    Yes.

 8      Q    How soon after the training did you

 9   complete the survey?

10      A    It was at the end of the day there, the

11   session.

12      Q    How did you receive the survey?

13      A    E-mail.

14

15           (Defendant's exhibit 4, e-mail dated

16            January 29, 2021, marked for

17            identification)

18

19      Q    (By Ms. Strange)  I show you what's been

20   marked as exhibit four.  Do you recognize this

21   document?

22      A    Yes.

23      Q    What is this document?

24      A    This was an e-mail that Tracy sent in to

25   Suhail Aponte.
```

```
 1        Q    When did you first see this e-mail?

 2        A    Almost two years after this investigation

 3   began.

 4        Q    What were the circumstances under which

 5   you first saw this e-mail?

 6        A    I did an FOI request.

 7        Q    And what does this e-mail appear to be?

 8        A    The survey.

 9        Q    Okay.  Is this your survey response?

10        A    No, my survey response was altered or

11   fabricated.

12        Q    What do you base that on?

13        A    I didn't write that, that last sentence.

14        Q    When you say you didn't write that,

15   what --

16        A    Where it said talking about white

17   privilege as part of the superintendent's

18   personal agenda, and I find it absolutely

19   disgusting that this is the focus.

20        Q    When you read sometimes you go fast.

21        A    Talking about white privilege as part of

22   the superintendent's personal agenda, I find it

23   absolutely disgusting that this is the focus.

24        Q    So you did fill out a survey, right?

25        A    Yes.
```

1     Q    Okay.  And did you use your e-mail to fill
2  out the survey?
3     A    Yes.
4     Q    And would you have checked on your e-mail
5  the subject you teach as PE/health?
6     A    Yes.
7     Q    And do you recall filling out part of the
8  survey that said what did you enjoy and/or find
9  valuable today?
10    A    Well, yes.
11    Q    Okay.  What do you recall putting in that
12 section?
13    A    That last sentence I put down, this is
14 part of the superintendent's personal agenda to
15 advance her career.
16    Q    Did you think talking about white
17 privilege is part of the superintendent's
18 personal agenda?
19    A    No.
20    Q    What part of that do you claim is doctored
21 on this?
22    A    The whole last sentence.
23    Q    What do you recall specifically that you
24 said?
25    A    I thought I just stated it.  I said that

```
 1   this is part of the superintendent's personal
 2   agenda to advance her career.
 3       Q   Okay.  Do you have a copy of what you
 4   claim was your survey?
 5       A   No.
 6       Q   Do you have any idea how somebody could
 7   have doctored a survey that appeared to come from
 8   your e-mail?
 9       A   I'm not technologically literate, so I
10   wouldn't know how to do that.
11       Q   But do you believe and is it your
12   testimony under oath that you believe somebody
13   went into the system and somehow doctored your
14   response?
15       A   I believe somebody doctored my response.
16   How it happened I don't know.
17       Q   And you're a hundred percent certain that
18   this is not your response?
19       A   Yes.
20       Q   And to be clear, which specific part of
21   this response do you claim that you did not
22   write?
23       A   The last sentence, and where it says this
24   activity has nothing to do with P.E..  I phrased
25   that in the form of a question.
```

1    Q   And exactly how did you say it?

2    A   I said what does this activity, I was --

3    what does this activity have to do with art,

4    music or P.E./health.

5    Q   And do you deny saying I find it

6    absolutely disgusting that this is the focus?

7    A   Yes.

8    Q   Why do you say that talking about white

9    privilege is part of the superintendent's

10   personal agenda?

11   A   I didn't say that.

12   Q   So, you just said that -- well, you said

13   is part of the superintendent's personal agenda.

14   You didn't say white privilege?

15   A   I said this is part of the

16   superintendent's personal agenda.

17   Q   And what personal agenda is that?

18   A   To advance her career.

19   Q   So you're saying this training is part of

20   the superintendent's personal agenda to advance

21   her career?

22   A   Talking about race, interjecting all this

23   stuff, yes.

24   Q   Okay.  And is it your testimony that the

25   superintendent helped create this training?

 1    A    I don't know.

 2    Q    Do you know whether the superintendent

 3  even knew the training was going to happen?

 4          MR. HETHERINGTON:  Objection, asked

 5  and answered.

 6    Q   (By Ms. Strange)  Okay.

 7    A    Should I answer?

 8          MR. HETHERINGTON:  You can answer.

 9          THE WITNESS:  Say it again.

10    Q   (By Ms. Strange)  Do you know whether the

11  superintendent even saw this training before it

12  was presented?

13    A    I have no firsthand knowledge.

14    Q    Do you have any knowledge at all?

15          MR. HETHERINGTON:  Objection.  I'm

16  not sure what, knowledge of what?

17          THE WITNESS:  This is talking about

18  race.  Um, this is all part of it.

19    Q   (By Ms. Strange)  Do you base your

20  complaint in part against the superintendent on

21  your belief that she was involved in the creation

22  of this training?

23    A    I base my complaint on the fact that I was

24  asked a question and I answered it, and I got

25  reprimanded for it, in violation of my freedom of

1   speech.

2       Q    You just testified, though, the

3   superintendent's agenda has to do with this

4   training and race.

5           So, isn't it fair to say that if the

6   superintendent was not involved in this training,

7   it couldn't be part of her agenda?

8       A    I'm sure the training would have to be

9   approved by her.

10      Q    But you don't know that, do you?

11      A    Well, the trainings right now that are

12  going to be taking place are all based on DEI.

13          So they are -- this was the beginning.

14  That's how I look at it.

15      Q    Are you aware that DEI is much more of an

16  acceptable topic -- strike that.

17          Are you aware that DEI is much more of an

18  important topic in education today?

19      A    I don't recognize that as an important

20  topic at all.

21      Q    Okay.  Is it because you don't recognize

22  it as an important topic that you said I was man

23  bashed and white shamed?

24      A    Can you ask that again?

25      Q    Sure.  Is it because you don't think DEI

```
 1    is an important topic that you decided to say I

 2    was man bashed and white shamed?

 3        A    Well, no, I didn't know about DEI back

 4    then.  But I know about CRT.

 5        Q    What is CRT?

 6        A    Critical Race Theory.

 7        Q    What is that?

 8        A    You have your inherent oppressors and your

 9    inherent oppressed.

10        Q    How do you think that affects you?

11        A    Because as a white male I'm being looked

12    at as the oppressor inherently.

13        Q    Do you think that that is what happened in

14    this training?

15        A    That's how I viewed it.

16        Q    So you did not view this training at all

17    as a DEI exercise?

18        A    I didn't know about DEI at that time, but

19    it's all part of the same.

20        Q    So you believe DEI and critical race

21    theory are all the same?

22        A    It's that they are all related, yes.

23        Q    Do you believe they are all, using your

24    words, BS?

25        A    In school with students, yes.
```

1    when she was interviewed.

2      Q    And who took this statement?

3      A    I believe Suhail Aponte.

4      Q    Okay.  Based on the statement is it fair

5    to say that Catherine Barr said that you said I'm

6    not buying into this white bashing bullshit?

7                MR. HETHERINGTON:  Objection to form.

8                THE WITNESS:  This is what she states

9    that I said.

10     Q    (By Ms. Strange)  Okay.  And do you agree

11   with this statement?

12     A    No.

13     Q    Is this because you didn't say it?  Is it

14   your testimony that you said BS?

15     A    Yes.

16     Q    Okay.  And what does BS stand for?

17     A    Stands for a few things.

18     Q    What's your understanding as to what it

19   typically stands for?

20     A    I think universally when somebody says

21   that's BS it would stand for bullshit.

22     Q    Do you know whether Catherine Barr

23   reported that the comment was very disturbing?

24     A    I would question about what's disturbing

25   about an abbreviation for two consonants.

```
 1        A    Yes.

 2        Q    Okay.  And does she specifically complain

 3   about what she said you said in the training?

 4        A    Yes.

 5        Q    Okay.  Do you have any notes of what you

 6   said at the training?

 7        A    No.

 8        Q    So your memory of the breakout session, of

 9   what you said about the breakout session, is that

10   all just based on your memory of what you said?

11        A    Yes.

12        Q    Does it appear that she wrote within hours

13   of the training that you said, quote, I'm not

14   buying this white bashing bullshit?

15        A    That's what it says here.

16        Q    Okay.  Do you know Catherine Barr at all?

17        A    No.

18        Q    All right.  Did you, had you ever had a

19   conversation with her before?

20        A    No.

21        Q    Going down to the bottom it says I'm

22   hoping something can be done about this, and

23   thank you for being a person that I feel I can

24   talk to about these matters.

25             Does that appear to be Catherine
```

```
 1            THE WITNESS:  I don't know.
 2       Q   (By Ms. Strange)  Do you know if that was
 3  part of his job?
 4       A   All I know is he's the Director of
 5  Investigations.
 6       Q   When you said a decision was already made,
 7  what do you mean?
 8       A   Apparently they completed their
 9  investigation in March.
10       Q   Why do you say that?
11       A   Because it was revealed in the arbitration
12  hearing.
13       Q   What arbitration hearing?
14       A   I went to arbitration to see if my case
15  was arbitrable on the merits because the Teachers
16  Union missed the deadline by six months.
17       Q   What did you learn about when the decision
18  was made?
19       A   Ed Wilson's statement.
20       Q   What did he say?
21       A   He said the decision, the investigation
22  was completed in March.
23       Q   Okay.  What do you recall about -- you
24  attended the preliminary meeting, right?
25       A   Yes.
```

1    Q    When did you receive this reprimand?

2    A    December 10th of 2021.

3    Q    Okay.  And how if at all did this written

4    reprimand impact your employment with Hartford

5    Public Schools?

6    A    Well, the first time I had a discipline

7    letter put in my personnel file in all those

8    years.

9         It threatened me with further discipline

10   up to termination.  And I had to take a

11   sensitivity awareness training class.

12   Q    And did you take that class?

13   A    Yes.

14   Q    Was it helpful?

15   A    No.  It was a reprogramming training.

16   Q    What do you mean by that?

17   A    Well, they pretty much tell you what to

18   think and how to think.

19   Q    Did this letter have any impact on your

20   salary?

21   A    Not my salary, no.

22   Q    Did it have any other impact other than

23   what you testified to?

24   A    Well, you're in a situation like that it's

25   one hell of a hostile work environment.

 1   other documents contesting the written reprimand?

 2       A    Can you rephrase that?

 3       Q    Sure.  Is there any other information --

 4   let me rephrase it.  That's a really bad

 5   question.

 6           Does this exhibit contain all of the

 7   information that you have contesting your written

 8   reprimand?

 9       A    This is all the information I have from

10   that pre-disciplinary hearing.

11       Q    Okay.  Now, on the second page it says

12   that Attorney Wilson said that if it weren't for

13   two independent staff members that there

14   wouldn't, this wouldn't be on his radar if it

15   weren't for two independent staff members saying

16   there were vulgarities stated in the Zoom

17   breakout session.

18               MR. HETHERINGTON:  Can you tell us

19   where you are?

20       Q    (By Ms. Strange)  The second full

21   paragraph where it says, the first full

22   paragraph, Attorney Wilson went on to say that

23   the only reason that the paperwork for this

24   investigation was on his desk was because of how

25   others felt.

```
 1          Do you know whether that's why Ed Wilson
 2    was involved, because people complained about you
 3    using vulgarities on the Zoom breakout session?
 4       A   I can't answer that.  All I can say is
 5    during the pre-discipline hearing is the first
 6    time I heard the world "vulgarities."
 7       Q   All right.  So when they said vulgarities
 8    do you know whether they were referring to the
 9    word bullshit?
10       A   I asked.  I don't believe I received a
11    response.
12       Q   On the next page at the very top of 388
13    you talked about the clear and consistent pattern
14    of Hartford making aggressive moves against me
15    that coincide with events that have taken place
16    in your current lawsuit in the U.S. District
17    Court.
18          So do you think this was part, again, of
19    an ongoing retaliation because you had that
20    lawsuit going?
21       A   I believe I already testified to that
22    earlier when it came to how this whole thing
23    started.
24       Q   All right.
25
```

1    more.

2

3              (A recess was taken)

4

5              (Defendant's exhibit 20, letter dated

6              May 3, 2006, marked for

7              identification)

8

9              (Defendant's exhibit 21, letter dated

10             March 8, 2017, marked for

11             identification)

12

13    Q   (By Ms. Strange)  So, back on the record.

14   I'm going to show you what's been marked as

15   exhibit 20.  Have you seen that document before?

16    A   Yes.

17    Q   What is this document?

18    A   This is a counseling letter from 18 years

19   ago.

20    Q   Okay.  Is this a counseling letter as to

21   your employment with the Hartford Public Schools?

22    A   Hartford Board of Ed, to be specific.

23    Q   Okay.  Does the counseling have to do with

24   the expectation that you avoid antagonizing

25   students, looking at the second to last

1  paragraph?

2     A   Okay.  Well, first of all, no.  I didn't

3  antagonize any students.

4     Q   What was the counseling for?

5     A   I worked in the school that housed the

6  most aggressive and violent students in the

7  system.

8        The district schools could not handle them

9  so they came to mine.  It was called THLA.  And,

10  restraint was used.  We were required to go

11  through training.

12        And this student threw furniture, and I

13  held him until security arrived.  I was reported

14  downtown by the principal despite no take down,

15  no injury, no DCF.

16        And it says on there it wasn't

17  disciplinary.  And I wrote a response to this.

18  And it's in the file.

19     Q   Do you recognize exhibit 21?

20     A   I don't have it.

21     Q   I'm sorry.  Here you go.

22     A   Yes.

23     Q   Okay, what is exhibit 21?

24     A   This is kind of like a verbal written

25  reprimand from Jay Mihalko.

1    Q   What was that in connection with?

2    A   Well, I guess I should say first I proved

3 in U.S. District Court this was a pack of lies.

4 And it became the basis of a settlement.

5    Q   Did you receive this document in March of

6 2017?

7    A   Yes.

8    Q   Okay.  Was it a confirmation of a verbal

9 warning?

10   A   Yes, by Jay Mihalko.

11   Q   Okay.  Is this warning, was this warning

12 placed in your file?

13   A   That's a good question.  By the way, I

14 wrote a response to this, too.  That should be

15 there.  Hartford produced a document in

16 arbitration bringing up this incident and said it

17 was handled at the school level.

18       This never went to an investigation.  I

19 don't -- I don't know why, but it was sent

20 downtown, because the names are right there.

21       And I will say again, I proved in court it

22 was a bunch of lies.

23   Q   Did you have an altercation with Jay

24 Mihalko?

25   A   I don't know what you mean by altercation.

1  ultimately indoctrinate the kids?

2     A   Yes.

3     Q   What does that mean?

4     A   That's with CRT/DEI as you put it, you go

5  indoctrinate the adults for purposes of

6  indoctrinating them.

7     Q   So did you think that the training on

8  October 28th was an attempt to indoctrinate you

9  and students with a DEI agenda, you as teachers

10  so you would indoctrinate the students?

11     A   I think they were trying to push that on

12  the teachers to try to push that on to the

13  students.

14     Q   Is it fair to say you did not agree with

15  that approach?

16     A   Yes.

17     Q   So did you think that this, the type of

18  training that you went through would negatively

19  affect teachers?

20     A   I don't think it has a place in education

21  to bring in race and gender and what have you as

22  far as educating the kids.

23     Q   So, is it fair to say you don't think

24  diversity, equity and inclusion training has a

25  place in education of students?

```
 1      A    No.

 2      Q    Sorry, that's not, that's not what you

 3 think.  It might have been a bad question.

 4      A    Ask me the question again, please.

 5      Q    Okay.  What is your, do you think that

 6 diversity, equity and inclusion, that there's a

 7 place for teaching diversity, equity and

 8 inclusion to teachers to help them educate

 9 students?

10      A    Do I think?  I'm trying -- are you asking

11 me do I think DEI is essential in the education

12 of students?  Is that kind of, like I'm focusing

13 now.

14      Q    Do you think DEI is essential in the

15 education of students?

16      A    No.

17      Q    Okay.  Why not?

18      A    Kids go to school to learn academics and

19 social skills.  They seem -- their success and/or

20 their failure on DEI or CRT or privilege does not

21 help them.

22      Q    Okay.  When you attended the breakout

23 session after training did anybody require you to

24 speak at that breakout section?

25           Did anyone from the Board of Education or
```

```
 1      Q   And you previously testified, and please
 2   correct me if I'm mischaracterizing anything, but
 3   you previously testified that you did, in fact,
 4   there was in fact a survey that you completed at
 5   the end of the October 28th professional
 6   development session, is that right?
 7      A   Yes.
 8      Q   Do you recall how many questions were on
 9   that survey?
10      A   There were three.
11      Q   And if you look at exhibit four, how many
12   questions do you see?
13      A   Two.
14      Q   Also, if you look at exhibit four on that
15   second page there is a question that states, what
16   did you enjoy and/or find valuable today?
17          And then it says PLUS in a bracket.  Do
18   you see that?
19      A   Yes.
20      Q   And then there's a response that I believe
21   has been attributed to you below that, is that
22   your understanding?
23      A   Yes.
24      Q   And you previously testified that this is
25   not your actual response, correct?
```

```
 1        A    Correct.

 2        Q    What was your actual response?   What do

 3   you believe your actual response was?

 4        A    I said what does that have to do with our

 5   music and P.E./health?   And then I wrote this is

 6   part of the superintendent's personal agenda to

 7   advance her career.

 8        Q    That's it?

 9        A    Yes.

10        Q    Okay.   That's all the questions I have.

11             MS. STRANGE:   All right.   Thank you

12   very much.   Thank you for your time.

13   Congratulations on your retirement.

14             THE WITNESS:   Thank you.

15

16

17        (Deposition concluded at 4:58 p.m.)

18

19

20

21

22

23

24

25
```