Exhibit C

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF CONNECTICUT

 3

 4

 5   Case No. 3:24-cv-00010-JAM

 6   ------------------------------------x

 7   JOHN GRANDE,

 8                  Plaintiff,

 9      -versus-

10   HARTFORD BOARD OF EDUCATION, ET AL.,

11                  Defendants.

12   ------------------------------------x

13

14           DEPOSITION OF TRACY AVICOLLI

15

16      Taken pursuant to the Federal Rules of Civil

17   Procedure, at the Hilton Garden Inn, 1181 Barnes Road,

18   Wallingford, Connecticut, before Vicki S. McManus, a

19   Licensed Shorthand Reporter and a Notary Public in and

20   for the State of Connecticut, on Thursday,

21   November 14, 2024, at 9:09 a.m.

22

23

24

25
```

```
 1      A    No.

 2      Q    So it would have been in some other department?

 3      A    It was not a position.

 4      Q    Got you.  Okay.  So it's just defunct now?

 5      A    Yes.  It's eliminated.

 6      Q    Got you.  Who ultimately hired you?

 7      A    The board of education.

 8      Q    Did you receive like a letter or anything signed

 9 by anyone?

10      A    Yes.  I believe I did.

11      Q    Do you remember who signed it?

12      A    No.

13      Q    If you take a look at the segment where it says

14 position summary, about halfway down -- well, first, it

15 kind of -- it lists some things about what the Director

16 of Arts and Wellness does.  And then it says, quote:

17 "To ensure that all students meet expectations of the

18 CT Core/Common Core state standards."

19           Do you see that?

20      A    Yup.

21      Q    Would you say that's the main goal of this

22 position?

23      A    Yes.

24      Q    And it says:  The director works collaboratively

25 with the administrative and instructional staff.
```

1    A    Yes.

2    Q    And you said you looked at some emails earlier.

3  Obviously what happened is John Grande ended up with

4  discipline.  So my question for you is:  How did that

5  get started, to the best of your recollection?

6    A    I responded to an email that was reported to me.

7    Q    What email was that?

8    A    It was sent by Catherine Barr.

9    Q    And what do you remember about that email?

10   A    I remember that it was an email that she

11  expressed concern around the -- what happened in the

12  breakout session that day.

13   Q    What is a breakout session?

14   A    The breakout session is a small group session,

15  that it's typically what we -- it's a small group

16  session.  And in this case, it was on Zoom.

17   Q    Why was it on Zoom?

18   A    Because we were in lockdown.

19          (Plaintiff's Exhibit TA3 marked for

20          identification.)

21  BY MR. HETHERINGTON:

22   Q    This is a series of emails.  Take a look at these

23  and let me know if you recognize them.

24   A    Yes.

25   Q    Are these the emails that you mentioned you

```
 1   reviewed in preparation for your deposition?

 2       A    Yes.

 3       Q    Are these the only emails that you reviewed or

 4   were there more?

 5       A    There were more than this.

 6       Q    So if you turn to the last page, there is an

 7   email from a Catherine Barr.

 8       A    Uh-huh.

 9       Q    Is that the email that you were just alluding to

10   earlier?

11       A    Yes.

12       Q    And do you remember receiving this email?

13       A    Yes, I do.

14       Q    It looks like it came through at 3:10 p.m.  Do

15   you remember if you saw it right away?

16       A    I believe I did see it right away.

17       Q    What did you do when you saw it?

18       A    I guess I didn't see it right away.  I apologize,

19   I'm taking that back, because I'm noticing my response.

20       Q    Right.

21       A    And I would have responded right away to this.

22   So I did not respond right away.  Or I didn't see it

23   right away, excuse me.

24       Q    Got you.  So you said you would have responded

25   right away.  Why?
```

```
 1      A   Because it is -- this is an upsetting email to

 2   me.

 3      Q   Why does it upset you?

 4      A   Because one of my teachers is expressing her --

 5   her upset.

 6      Q   So you're upset because she was upset?

 7      A   I was, yes.

 8      Q   At the top of the email from Catherine Barr, the

 9   second sentence says:  I am looking forward to growing

10   in the uncomfortable and seeing our department change

11   because of it.

12          Do you see that?

13      A   I do.

14      Q   Do you know what she is referring to?

15      A   No.

16      Q   Was there some type of program that was trying to

17   be implemented or something that you were focusing on

18   at that time that she could be referring to?

19      A   No.

20      Q   And you said this upset you because she was

21   upset.  Right?

22      A   It upset me because she was upset and the content

23   of it was also upsetting to me.

24      Q   What about the content of it was upsetting to

25   you?
```

1    A    That the information that was being reported here

2  is -- would be inappropriate and unprofessional.

3    Q    Why do you think it's inappropriate and

4  unprofessional?

5    A    I think it's inappropriate and unprofessional to

6  use the word "bullshit" in a professional learning

7  session at school.  Yes.

8    Q    Is that the only thing that you think is

9  inappropriate and unprofessional, the use of the word

10  "bullshit"?

11    A    That's one of the things I think is

12  unprofessional.

13    Q    What's the other things?

14    A    From what I am reading, there is a context, it's

15  about how it was said.

16    Q    And what part are you reading where you are

17  getting that context, can you point it out to me?

18    A    I'm not buying this white-bashing bullshit.  I've

19  been teaching 33 years and never had to deal with this

20  before and don't plan to now.

21        So the resistance in having a growth mindset or

22  an open perspective, yes, that's concerning to me as an

23  educator.

24    Q    Okay.  That's inappropriate, and I forget the

25  other word you used.

```
 1        A    Unprofessional.

 2        Q    Unprofessional.  That's inappropriate and

 3   unprofessional to you?

 4        A    Yes.

 5        Q    If you look at the sentence right -- well, first,

 6   were you in that breakout room?

 7        A    For a time.

 8        Q    And obviously it looks like Catherine Barr's

 9   attributing that statement that you just repeated to

10   John Grande.  Is that your understanding?

11        A    Yes.

12        Q    Did you hear John Grande say that?

13        A    No.

14        Q    If you look at the sentence underneath that, it

15   says:  Some of the other people in the group agreed

16   that they didn't get why anyone should have guilt and

17   that you just live with the cards you are dealt in

18   life.

19             Do you find that inappropriate and

20   unprofessional?

21        A    No.

22        Q    Do you find that to not go along with a growth

23   mindset that you just mentioned?

24        A    Can you repeat that?

25        Q    Sure.  You mentioned that you thought what was
```

1    attributed to John Grande here was inappropriate and

2    unprofessional because it showed that he did not have a

3    growth mindset.

4        A    Uh-huh.

5        Q    Don't you think the same thing about the second,

6    the sentence below, and that you just live with the

7    cards you were dealt with in life and no one should

8    have guilt?

9        A    I don't know.

10       Q    Did you ever investigate or do anything else with

11    that statement or try to figure out who said that?

12       A    No.

13       Q    If you go down further, it looks like Catherine

14    says:  I was hoping either you or I could send a

15    message directly to John.

16        Do you see that?

17       A    Yes.

18       Q    Did you ever send a message directly to John?

19       A    No.

20       Q    Do you know if she ever sent a message directly

21    to John?

22       A    I don't know.

23       Q    Did you tell her that she could?

24       A    No.

25       Q    If you look at the next email, you responded to

1  her.  Correct?

2      A    Yes.

3      Q    And you think that you responded right away when

4  you saw it; is that right?

5      A    Yes.

6      Q    You say:  This is very important.

7          What are you talking -- what do you mean by that?

8      A    That this is important.

9      Q    What?  What exactly is important?  There's a lot

10  in the email.  Is it all of it, is there only certain

11  things?

12      A    There are a couple of things I think are

13  important.

14      Q    Sure.  Please tell me.

15      A    The first thing I think is important are her

16  feelings and her perspective.  That's important.

17          The second thing that I think is important is

18  that we address -- that the behavior, the alleged

19  behavior, be addressed.  And that's important.

20          And the third thing I think is important is the

21  context and the subject of the training.  This is

22  important.

23      Q    So is it fair to say, then, that when you saw

24  this email from Catherine, you responded to her that

25  you thought something had to be done about what John

```
1   said?

2      A   Yes.

3      Q   If you turn to the next page, it looks like an

4   email from you to -- and it's cut off, it doesn't say

5   who it's going to, but it looks like it's addressed to

6   a Madeline.

7          Do you recall sending that email at the very

8   bottom?

9      A   The very bottom?

10     Q   Yes, I'm sorry.

11     A   Yes.

12     Q   And who are you sending that email to?

13     A   Madeline Negron.

14     Q   And I presume -- I can't really tell from this

15   exhibit, but I presume that you forwarded the emails

16   below.

17     A   Yes.

18     Q   Correct?  And it looks like this was sent at

19   6:10, which would be less than a minute after you

20   responded to Catherine Barr.  Am I correct in that?

21     A   Yes.

22     Q   So you immediately sent this to Madeline Negron?

23     A   Yup.

24     Q   If you look at the next email above that one,

25   that one I can see who it's from and to, and it looks
```

```
 1      Q   In this email, you say, if you look at the first
 2   full paragraph about halfway down:  It has come to my
 3   attention that a fellow teacher was making, quote,
 4   "inappropriate and aggressive comments."
 5        Do you see that?
 6      A   I do.
 7      Q   Are those your words, "inappropriate and
 8   aggressive comments"?
 9      A   Yes.
10      Q   Okay.  And you say that I am extremely upset and
11   saddened by this behavior.  Correct?
12      A   Yes.
13      Q   Did you ever talk to anyone else, other than that
14   email you received from Cat, and confirm that
15   John Grande actually said what she said he did?
16      A   No.
17      Q   You also say at the end of that paragraph that
18   John Grande created an unsafe and hostile environment
19   for you... be able to participate in our session.
20        Do you see that?
21      A   I see that, yes.  But it does not include
22   John Grande's name.
23      Q   Who was it alluding to?
24      A   It says "the teacher."
25      Q   Who is the teacher?
```

```
 1    A    That teacher would be John Grande.

 2    Q    Okay.  How did he create an unsafe environment?

 3    A    If what was reported was true --

 4    Q    Uh-huh.

 5    A    -- he could have created an environment in which

 6  somebody felt uncomfortable.  And Cat was one of those

 7  people.

 8    Q    Is "uncomfortable" the same thing as "unsafe" to

 9  you?

10    A    Yes.

11    Q    Did you get any response to this email from

12  anyone?

13    A    I don't remember.

14    Q    You also say in the last paragraph:  This

15  behavior is unacceptable.  Correct?

16    A    Yes.

17    Q    Did anyone tell you to say that?

18    A    No.

19    Q    And you said you don't recall when you informed

20  Mr. Grande of the investigation?

21    A    No, I don't.

22            (Plaintiff's Exhibit TA7 marked for

23            identification.)

24  BY MR. HETHERINGTON:

25    Q    We are on TA7 now.  These are another series of
```

1    You were at Eric's, right?

2    A    Yeah, I remember I was at Eric's.

3    Q    Before their meetings, did you reach out to them

4    in this manner and offer information?

5    A    No.  I reached out to them to let them know that

6    they were going to be contacted by Suhail, and we went

7    through that email.

8    Q    Is that the only contact you had with them prior

9    to their meetings?

10   A    Yes.

11   Q    What information did you want to offer John prior

12   to this meeting?

13   A    The context of what the investigation was about.

14   Q    What specifically would you have said to him?

15   A    I probably would have said something that was

16   alluding to his behavior in that professional learning

17   session, to make sure that that wasn't going to be

18   something that was brought into our learning space

19   again.

20   Q    If you go to the second page of this exhibit,

21   John responds to you on the email toward the bottom

22   there.  Do you see that?

23   A    Uh-huh.

24   Q    Do you remember receiving this response?

25   A    Yup.

1   in any other investigation during your time at Hartford

2   Public Schools?

3       A    No.

4       Q    This is the only time?

5       A    This is the only investigation I've been part of

6   in Hartford Public Schools.

7       Q    And obviously, you know, you offered to give him

8   information and you did attend the meeting.  Did you

9   share that information that you wanted to share with

10  him at the meeting then?

11      A    No.

12      Q    Why not?

13      A    That wasn't my meeting.

14      Q    Did you speak at the meeting?

15      A    I believe I said some things.

16      Q    What do you recall saying?

17      A    I don't remember what exactly I said.  But I do

18  remember feeling emotional.

19      Q    Do you remember mentioning a survey response by

20  John?

21      A    No.

22      Q    Prior to the meeting with John and Suhail, did

23  you talk to Suhail at all?

24      A    It's possible, but no.  I don't remember.

25      Q    And obviously is it safe to assume that you never

```
 1   worked with Suhail before on an investigation, since
 2   this was the only one?
 3       A   Correct.  Correct.
 4       Q   Did you know Suhail at all prior to the
 5   investigation?
 6       A   No.
 7               (Plaintiff's Exhibit TA9 marked for
 8               identification.)
 9   BY MR. HETHERINGTON:
10       Q   You have what's been marked as TA9.  Can you look
11   through all this and tell me if you recognize this at
12   all?
13       A   Yes.
14       Q   What is it?
15       A   This is the feedback form, parts of it, that
16   teachers were to complete at the end of the session.
17       Q   And when you say parts of it, what parts aren't
18   in it?
19       A   I'm just noticing that it's, like, chopped up.
20   So I have the screen shots of the sections.
21       Q   Yeah.  So is it fair to say that the -- and this
22   is the order that it was provided.  The second page --
23       A   Oh, this is the second page.
24       Q   If you look at the second page of the exhibit, is
25   that the beginning of the email?
```

1    A    Yeah, that's the beginning.

2    Q    Yeah.

3    A    That's all it is.

4    Q    And then the first page is the end of the email.

5    A    Uh-huh.

6    Q    Is that correct?

7    A    Yes.  Correct.

8    Q    So let's look at the beginning of the email, so

9    that would be the second page of the exhibit.  This is

10   an email you sent to Suhail Aponte, correct?

11   A    Correct.

12   Q    It looks like you sent it on January 29th of

13   2021; is that correct?

14   A    Correct.

15   Q    Do you recall if you sent this before or after

16   the meeting with Mr. Grande and Suhail?

17   A    I don't remember.

18   Q    Okay.  But it's the same day, right?

19   A    It is the same day, yup.

20   Q    Why did you send this to Suhail on that day and

21   not earlier?

22   A    I don't know.

23   Q    This is the same thing that you showed to

24   Madeline Negron?

25   A    "Proving it was not stated that this..."

```
 1              MS. STRANGE:  She has to take it down if

 2         you are going to talk, so...

 3              THE WITNESS:  Sorry.

 4     A    I apologize.  What?

 5   BY MR. HETHERINGTON:

 6     Q    Is this the same thing that you shared with

 7   Madeline Negron?

 8     A    Yes.

 9     Q    And are these screen shots?

10     A    Looks like they are screen shots, yeah.  Yes.

11     Q    Where is the original feedback response?

12     A    In my Google Drive.

13     Q    Do you know if it still is there?

14     A    Yup.  It's there.

15     Q    Do you have the responses from all the other

16   teachers?

17     A    Yes.

18     Q    Any reason you didn't produce those in this case?

19     A    No.  I could.

20              MR. HETHERINGTON:  Well, just on the

21         record, we are going to request that all of

22         those responses be produced.  I think they

23         are plainly responsive to what we asked for.

24              MS. STRANGE:  I believe they were

25         produced.  We will look into it.
```

```
 1              THE WITNESS:  For every response?

 2              MR. HETHERINGTON:  Yup.

 3              THE WITNESS:  Okay.

 4    BY MR. HETHERINGTON:

 5       Q   Do you recall how many questions were on this

 6    survey form?

 7       A   Looks like three.

 8       Q   Okay.  What are you basing that on, that

 9    conclusion?

10       A   This says:  Please complete the next three very

11    short questions, thank you.

12       Q   Yup, okay.  So turn it over, there is -- how many

13    questions do you see answered?

14       A   That's why I'm wondering why it was cut off.  No,

15    that's it.

16              What subject do you teach?  Oh, what did you

17    enjoy and what was available?  And then there's usually

18    another that's a delta:  What did you think that was

19    not valuable?

20       Q   That one's not here, is it?

21       A   No.  I don't know why.

22       Q   It's really hard to see on this, but if I had a

23    color copy or if we looked at it on a computer screen,

24    you might be able to see it.  But the response to the

25    second question that you attribute to John Grande is
```

Tracy Avicolli                                                      Job Date:11/14/2024

```
 1    like highlighted.  Did you highlight that?

 2        A    I don't know.

 3             I wouldn't be able to highlight or change

 4    anything in a Google survey that was responded to, I

 5    don't believe.

 6        Q    Okay.

 7        A    If it was highlighted and I highlighted it, it

 8    might have -- I might have been just highlighting the

 9    text, so that it was being made aware in the email.

10             (Brief recess taken.)

11             (Plaintiff's Exhibit TA10 marked for

12             identification.)

13    BY MR. HETHERINGTON:

14        Q    We are at TA10.  And this, if you want to look at

15    and compare it to 9, I just want you to confirm for me,

16    if you can, that this is the same email here in

17    Exhibit 10 that's in Exhibit 9.

18        A    Looks like it, yes.

19        Q    Okay.  That's it for that.

20             So we talked a little bit about that survey.  And

21    we kind of mentioned that there may have been another

22    question.  Do you know how many questions -- so we only

23    saw two, right?  There was one for what subject you

24    teach, and then one question, and there should be a

25    third, right?
```

Tracy Avicolli

1     A    Yes.

2     Q    Any idea why you didn't include the third

3  question on that email?

4     A    No.

5     Q    Okay.  In regards to -- well, let me ask this:

6  Who creates those surveys?  Or who created that one?

7     A    I did.

8     Q    Where do you create them?

9     A    Google Forms.

10     Q    Google Forms, okay.  And some of the questions,

11  they had an asterisk next to them.  What does that

12  mean?

13     A    That was a required question.

14     Q    So can someone submit it without answering those?

15     A    I don't believe so.

16          (Plaintiff's Exhibit TA11 marked for

17          identification.)

18  BY MR. HETHERINGTON:

19     Q    If you look through that, that includes a third

20  question.  Please tell me if you recollect that that is

21  the third question?

22     A    Yes.

23     Q    Yes, okay.  We are looking at TA11.  Okay.  And

24  that third question, the response, there's no screen

25  shot or anything included on your email to Suhail?

1    Q    Why?  Why are you so concerned?

2    A    I hadn't heard from her.

3    Q    Why were you so concerned with the status of his

4    case and his investigation?

5    A    Because it's pertaining to one of the teachers in

6    our department.  And all year professional learning

7    does happen, and so I like to be informed on what is

8    happening.

9    Q    Okay.  Did you ever ask Suhail Aponte or any

10   other investigator for updates on any other teachers

11   that were in your department that were under

12   investigation?

13           MS. STRANGE:  Objection.

14   A    No.

15           (Plaintiff's Exhibit TA13 marked for

16           identification.)

17   BY MR. HETHERINGTON:

18   Q    All right.  So if you take a look at what's been

19   marked as Exhibit TA13, is this -- the first email

20   there, so not the very first page of the exhibit, but

21   the second page, is that an email that we just looked

22   at, the same one?

23   A    Yes.

24   Q    And then the next page, is that the same emails?

25   A    Yes.

```
 1  believe that you --

 2       A   Oh, this is the one -- that was the one that I

 3  used.

 4       Q   There you go.  That's what I'm trying to get at.

 5       A   I understand.  Yes, this is one of the ones that

 6  I used.  That this is the original, yes, that was done

 7  with our ELA department, and this is the one I used as

 8  the template for, then, to create our own.

 9       Q   Okay.  Thank you.  Sorry for the confusion.

10       A   Yes, that is correct.  You are right.

11       Q   So where exactly did this come from?

12       A   Did this come from?

13       Q   Yes.

14       A   This came from my colleague, Khary Fletcher, who

15  used to be our Director of Humanities, and our

16  English/Language Arts Department had just done this

17  exact training with our English teachers in our middle

18  and high schools and it had gone very well and so based

19  on their feedback and experience with their teachers in

20  Hartford Public Schools, I was intrigued and I really

21  liked the content and so that was why I chose this.

22  Yes.

23       Q   Got you.  So then this wasn't the first time, as

24  far as you know, that this presentation was given to

25  Hartford teachers?
```

 1    A    To a group of Hartford teachers, yes.

 2    Q    Yes, okay.  And did you make alterations to it?

 3    A    Yes.  Some.

 4    Q    Do you recall what you changed?

 5    A    I put -- I added -- I think I took out the image

 6   analysis just because of time.  I inserted our context

 7   in terms of our data around student engagement and

 8   remote classes in physical education and other

 9   Unified Arts classes, and then -- that's all I can

10   remember off the top of my head.

11    Q    Did anyone help you with making those

12   alterations?

13    A    No.

14             (Plaintiff's Exhibit TA16 marked for

15             identification.)

16   BY MR. HETHERINGTON:

17    Q    All right.  So now we are on to TA16.  And this

18   is the one that was attached to the complaint.

19    A    Okay.

20    Q    Do you recognize this one?

21    A    Yes.

22    Q    Is this the one that you -- I don't want to say

23   created, but --

24    A    Yes, that I --

25    Q    -- altered --

```
 1       A    And presented, yes.

 2       Q    -- presented, okay.

 3            Who made the decision to present this

 4   presentation to the Arts and Wellness teachers?

 5       A    Me.

 6       Q    Anybody else involved in that decision?

 7       A    It was approved by my supervisor.

 8       Q    Who was that?

 9       A    Madeline Negron.

10       Q    When you say it was approved by her, what do you

11   mean by that?

12       A    In most cases, we had to update her on what our

13   professional learning topics were and provide them for

14   her review.

15       Q    And you worked alone in creating it and

16   presenting it?

17       A    Yes.

18       Q    And we kind of got to this earlier, but just make

19   sure I'm understanding this right.  No other teachers

20   except John Grande mentioned that they found it

21   objectionable?

22       A    Not in their survey.

23       Q    Well, did you hear rumblings from anybody else?

24       A    No.

25       Q    If you turn to the first page of the program, did
```

1   you add stuff to this slide?

2       A    This first one?

3       Q    Uh-huh.

4       A    I don't remember.  I can look at the other, to

5   compare.

6       Q    If you want to, sure.  Yup.

7       A    No.

8       Q    Okay.  What is your understanding, then, of what

9   "assume positive intention" means?

10      A    That we are coming from a place of -- that as a

11  participant in the learning, that we might

12  automatically have a preconceived judgment or feeling

13  on what the material being presented could be.  And if

14  we enter into the work with assuming that this is for a

15  positive reason or for a helpful purpose, then we can

16  perhaps be more open-minded to the content.

17      Q    And it also says participate.  You know, when you

18  instructed people to participate, what was your -- what

19  were you expecting them to do?

20      A    Part of the norms were to be an engaged

21  participant in the learning.  Be a learner.

22      Q    What if someone found this objectionable, would

23  they still be expected to participate?

24      A    Yes.  There are different levels of

25  participation.

1    Q   And continuing to look at 16, the one that you

2  gave, if you turn to -- I think it's page 3.

3    A   Yup.

4    Q   What is this?

5    A   This is our instructional vision for our

6  district.

7    Q   And who -- where does this come from?

8    A   This comes from our strategic plan for Hartford

9  Public Schools.

10   Q   Do you know who puts together that strategic

11 plan?

12   A   Our superintendent, and this specific work from

13 our instructional vision was mostly led by

14 Madeline Negron.

15   Q   Did the superintendent know you were giving this

16 professional development session?

17   A   No.

18   Q   If you turn to the next page.  Do you know if you

19 added anything to this slide?  And sorry, you can

20 continue to refer to the other one if you want.

21   A   I believe that I -- I can probably answer that

22 even without looking, but yes:  In order to increase

23 engagement and collaboration.

24   Q   Then paging through to page 7, where there is an

25 identity wheel.

```
 1     A    Uh-huh.

 2     Q    What's your understanding of what the identity

 3   wheel is?

 4     A    That it is a graphic of different ways in which

 5   people may identify themselves as.

 6     Q    Were they expected to fill out this graphic?

 7     A    Yes.

 8     Q    And if they had more privilege, they would end up

 9   filling out more of the wheel, wouldn't they?

10     A    Yes.

11     Q    Go to the next page.  The first bullet point, it

12   says:  Privilege refers to ways that individuals or

13   groups can enjoy advantages based on their real or

14   perceived membership in identity categories, such as

15   race, gender, sexuality, etcetera.

16          Am I reading that right?

17     A    Yes.

18     Q    Who has racial privilege?

19     A    Who do I believe have racial privilege?

20     Q    Yes.

21     A    I believe people who are white have racial

22   privilege.

23     Q    And on the third bullet point there, it says:  We

24   believe it is critical for everyone to reflect on

25   privilege in this way in order to use our individual
```

```
 1   and collective privileges for equity and social

 2   justice.

 3        Do you see that?

 4   A    I do.

 5   Q    How does that improve student scores and ensure

 6   that they meet core competencies?

 7   A    So when we can be reflective on what we all bring

 8   and recognize that everybody has some privilege and

 9   comes from different backgrounds, experiences, and we

10   can empathize, we can better connect with our students

11   so that they can feel that we care.  And that way, they

12   are able to better internalize the content, be better

13   learners and, yes, achieve the standards of learning.

14   Q    Do you have any data on that, that that

15   actually -- that reflecting on your own privilege will

16   improve your student scores?

17   A    Data?

18   Q    Yes.

19   A    No.  There's research.

20   Q    Have you seen the research?

21   A    I can look it up.

22   Q    Do you recall any off the top of your head?

23   A    No.

24   Q    If you go to page 10, there is a slide on

25   sexuality privilege.  Right?
```

```
 1      A    Yup.

 2      Q    Is there a particular sexuality that would likely

 3   answer "yes" to all these?

 4      A    Yes.

 5      Q    What is that?

 6      A    Heterosexual.

 7      Q    Okay.  If you go to page 12, there is one on

 8   gender and sex privilege.  Do you see that one?

 9      A    I see it.

10      Q    Is there a particular sex that would answer "yes"

11   to all these?

12      A    Yes.

13      Q    What is that?

14      A    Male.

15      Q    If you go to the next page, there is a slide on

16   race privilege.  Do you see that one?

17      A    Sure do.

18      Q    Is there a particular race that would answer

19   "yes" to all these?

20      A    Yes.

21      Q    What race would that be?

22      A    Caucasian.

23      Q    What is another word for Caucasian?

24      A    White.

25      Q    Do you know what John Grande identifies as?
```

```
 1      A    A white man.

 2      Q    If you go to page 20, do you know if you added

 3   this slide?  And if you have to refer to the old one,

 4   please feel free.

 5      A    I believe I did.

 6      Q    Do you know if -- you said that another group, I

 7   think you said the English department, took this PD,

 8   the original one, the previous exhibit.  Do you know if

 9   they broke out into breakout groups?

10      A    Yes.

11      Q    But obviously they didn't have this slide, so you

12   added this one?

13      A    I did.

14      Q    And you say:  You do not have to share if you

15   don't feel comfortable doing so.

16           You added that, correct?

17      A    Yes.

18      Q    Okay.  So did you expect people to give their

19   opinions on the presentation?

20      A    There were discussion prompts that could be used

21   in the reflection, yes.

22      Q    And you also say at point number 3 here on

23   page 20 that:  It's okay to feel discomfort, this isn't

24   easy.  Right?

25      A    Yes.
```

```
 1      Q    And in part 4 you say:  Agree to disagree
 2   respectfully.
 3           Who decides what is respectful disagreement?
 4      A    Who decides?
 5      Q    Yes.
 6      A    I think as adults we can determine what is
 7   respectful disagreement.  However, that is why we do
 8   mostly have norms.
 9      Q    So if somebody got in a fistfight over something,
10   could we both agree that that's not respectful
11   disagreement?
12      A    Yes.
13           I also want to note that participating in this
14   breakout room could be listening.  That nobody was
15   required to speak.
16      Q    Okay.  If you go to the next page, 21, I think
17   you just alluded to it, it's the reflection prompts.
18           The second bullet point says:  How did completing
19   this activity affect my understanding of myself?
20           So is it fair to say that a goal was to make
21   participants understand their own privilege?
22      A    A goal was to encourage participants to reflect.
23      Q    Right.  But you had them fill out a wheel, right?
24      A    Yes.
25      Q    And we established, you agreed with me, that the
```

```
 1   more you'd fill out on the wheel, the more privilege
 2   you have, correct?
 3       A    Yes.
 4       Q    Was it a goal then to make those -- make
 5   participants understand how much privilege they have?
 6       A    Sure.
 7       Q    Okay.  Did all the teachers that you oversaw take
 8   this presentation that we are talking about?
 9       A    I had no way to see how many of them were
10   actually doing it because it was on Zoom.  So I'm
11   assuming positive intentions that they did it.
12       Q    Was it expected that every teacher would?
13       A    Yes.
14              (Plaintiff's Exhibit TA17 marked for
15              identification.)
16   BY MR. HETHERINGTON:
17       Q    This is TA17, if you take a look.  Do you
18   recognize these emails?  Some are redacted at the top
19   and I don't think they relate to this case at all,
20   so...
21       A    Oh, okay.
22            Sure, yes.
23       Q    What are these emails?
24       A    These look like emails to the department team
25   about professional learning.
```

```
 1      Q   Okay.  And was it about the professional learning

 2   that is the subject of this lawsuit?

 3      A   Yes.

 4      Q   Okay.  If you look at the first page of

 5   Exhibit 17, at the bottom, it looks like some teachers

 6   were excused from this presentation; is that correct?

 7      A   Yes.

 8      Q   So some teachers didn't take it and didn't

 9   participate in the breakout groups?

10      A   Correct.

11      Q   Okay.  And is that only because these teachers,

12   they were, in other words, excused by you?

13      A   They were excused by me based on -- I believe

14   that their principals had reached out because they had

15   to proctor the PSAT the next day, so they had a

16   different training, yes.

17      Q   What if a teacher would have been sick that day

18   and off work, would they have had to take it?

19      A   They would have taken the day off as sick and

20   would have let me know.

21      Q   So they wouldn't have had to take this?  If a

22   teacher didn't work on 10/28 of 2020, they didn't have

23   to take this, right?

24      A   Yes.  Right.

25
```

Tracy Avicolli

Job Date:11/14/2024

```
 1   at the top.  Towards the bottom, he states:  The topic
 2   is difficult.
 3        Do you see that?
 4   A   Yes.
 5   Q   Do you think he's wrong?
 6   A   No, I don't.
 7   Q   And if you go down to Mike Pontecorvo's
 8   statement, on the second line, he states:  Don't think
 9   everyone was comfortable with the topic.
10        Do you see that?
11   A   Yeah.
12   Q   Do you think that's fair?
13   A   Yes.  Absolutely.
14   Q   Is it fair to say that you expected people to be
15   uncomfortable?
16   A   Yes.
17   Q   Okay.  Did all the professional development
18   sessions that you've run -- did all of them go smoothly
19   or did some have issues from time to time?
20   A   They all have issues from time to time.
21   Q   Fair enough.  And I think we talked about this a
22   little bit earlier about what you consider
23   inappropriate and unprofessional behavior at PDs,
24   correct?
25   A   Yes.
```

1    Q   Did you ever refer someone to your superiors,

2   other than John Grande, regarding inappropriate and

3   unprofessional behavior at a PD?

4    A   Not that I can recall.

5            (Plaintiff's Exhibit TA20 marked for

6            identification.)

7    A   Uh-huh.

8   BY MR. HETHERINGTON:

9    Q   So this is marked --

10    A   I remember this, yup.

11    Q   Audible that you remember this one, right?

12    A   Oh, yes.

13    Q   This is TA20.  What do you remember about this?

14    A   So this was in response -- this was an email to

15   the -- only the health and PE teachers, all of them

16   though, and I believe -- this was two years ago, I

17   think, in response to a professional learning session

18   that was run by Kelsey Maxwell at -- because we split

19   groups up, so I had the arts teachers and she had the

20   health and PE teachers.

21        And after the session, we debriefed the session

22   together, and there were some -- yeah, the behaviors

23   that I noted here; coming late, leaving early without

24   permission, playing with the PE equipment, talking

25   loudly during presentations, and refusing to work with

John Brandon Document 45-3 of Brandon 03/05

Tracy Avicolli

Job Date:11/14/2024

```
 1   colleagues --

 2              MS. STRANGE:  Slow down.

 3              THE WITNESS:  Sorry.

 4       A   -- is unprofessional behavior as well, and which

 5   was not setting up a condition for learning.

 6   BY MR. HETHERINGTON:

 7       Q   Why didn't you refer those people to either

 8   Madeline Negron or Ed Wilson?

 9       A   Because while it was disrespectful,

10   unprofessional, it was not as aggressive and egregious

11   as the other.

12           And these behaviors would not lead to a situation

13   in which other colleagues would either be in a position

14   to not share their own feelings or opinions or have

15   impact.

16       Q   But nevertheless, it is unacceptable?

17       A   Yes.

18       Q   And refusing to work with colleagues, that's a

19   part that's unacceptable as well?

20       A   It is unacceptable to behave in a way that we

21   expect our students to behave.  We expect our students

22   to be cooperative, to follow directions, and to be

23   respectful.

24       Q   Okay.

25       A   And so I expect my teachers to do the same.
```

```
 1      Q   How many teachers that you oversaw have you
 2  referred to as "that asshole teacher"?
 3      A   I don't know.
 4      Q   Have you referred to any of them as an asshole?
 5      A   I referred to John Grande as an asshole.
 6              (Plaintiff's Exhibit TA21 marked for
 7              identification.)
 8  BY MR. HETHERINGTON:
 9      Q   TA21, it looks like these are text messages.  Did
10  these come from you?
11      A   Yes.
12      Q   Okay.  So looking at the first page, at the very
13  top, it says:  That asshole teacher put me over the
14  edge today.
15          Who are you referring to?
16      A   John Grande.
17      Q   What is the date of these text messages?
18      A   This was the day that I sat in on his interview.
19      Q   So if I told you that was January 29th, 2021,
20  does that sound right?
21      A   Yes.
22      Q   And who are you texting here?
23      A   Two of my colleagues.
24      Q   And who are they?
25      A   Vanessa Diaz Valencia and Michelle Kellogg.
```

**To:**      Aponte, Suhail[APONS001@hartfordschools.org]
**Cc:**      Negron, Madeline[Madeline.Negron@hartfordschools.org]
**Sent:**    Tue 11/10/2020 6:40:37 PM (UTC)
**Subject:** RE: Serious Issue in Breakout Room

Good Afternoon Suhail,

Thank you for following up on this; it's very concerning.

1. Catherine Barr <u>Catherine.Barr@hartfordschools</u> was the teacher who reported the concerns.
2. Below are the teachers who were in the breakout room and their emails:

Erin Dugan
Abbey Sutcliffe
Mike Pontecorvo

**Tracy Avicolli**
Director of Arts and Wellness
<u>Hartford Public Schools</u>
330 Wethersfield Ave.
Hartford, CT 06114
860-695-8818
<u>tracy.avicolli@hartfordschools.org</u>



**From:** Aponte, Suhail
**Sent:** Tuesday, November 10, 2020 12:58 PM
**To:** Avicolli, Tracy <Tracy.Avicolli@hartfordschools.org>
**Cc:** Negron, Madeline <Madeline.Negron@hartfordschools.org>
**Subject:** FW: Serious Issue in Breakout Room

Good afternoon, Ms. Avicolli.

I have been assigned to investigation the incident below. In order for me to commence the investigation I need more information.

1. Who is the teacher that reported the concerns?
2. Names of all teachers that were in the break room?

Do not hesitate to contact me if you have any questions/concerns.

Thank you,

Suhail Aponte

**From:** <u>Wilson, Edward</u>
**Sent:** Thursday, October 29, 2020 8:58 PM
**To:** <u>Aponte, Suhail</u>
**Subject:** FW: Serious Issue in Breakout Room

See below- is this the same teacher we were recently talking about?

**From:** Negron, Madeline
**Sent:** Thursday, October 29, 2020 3:51 PM
**To:** Wilson, Edward <<u>WilsE002@hartfordschools.org</u>>
**Subject:** FW: Serious Issue in Breakout Room

Hi Ed,

Teachers across the district engaged in Professional Learning with their respective content directors yesterday afternoon. Tracy Avicolli, Director of Arts and Wellness, facilitated a session on Identity and Privilege, a copy of the slide deck is below. One of the teachers in one of the breakout rooms later emailed Tracy to share a "serious issue in Breakout Room". The teacher's email to Tracy is below.

As always, teachers are expected to complete a PL exit slip at the end of the sessions. The following questions were on the exit slip: 1) "What did you enjoy and/or find valuable today? (PLUS)" and 2) "What would you want to change for our next session?" Upon review of the PL exit slips, Tracy located the exit slip completed by John G to which he responded as follows: 1) "Absolutely nothing. That activity had nothing to do with art, music or PE/health. Talking about white privilege is part of the superintendent's personal agenda and I find it absolutely disgusting that this is the focus."

The teacher's name is John Grande. He is a PE teacher assigned to ELAM. ELAM will be kicking off their book study, So You Want to Talk About Race, next Tuesday during their school level PL. Tracy has shared the information with Christine McCarthy, building principal.

Please advise on how we should address this matter.

Best,

Madeline


**From:** Avicolli, Tracy <Tracy.Avicolli@hartfordschools.org>
**Sent:** Thursday, October 29, 2020 3:26 PM
**To:** Negron, Madeline <Madeline.Negron@hartfordschools.org>
**Cc:** Avila, Evette <Evette.Avila@hartfordschools.org>
**Subject:** RE: Serious Issue in Breakout Room

Madeline and Evette,

Here is the slide deck from our session yesterday which resulted in the issue below: <u>Identity and Privilege</u>

**Tracy Avicolli**
Director of Arts and Wellness
<u>Hartford Public Schools</u>
330 Wethersfield Ave.
Hartford, CT 06114
860-695-8818
tracy.avicolli@hartfordschools.org


On Oct 28, 2020, at 6:10 PM, Avicolli, Tracy <Tracy.Avicolli@hartfordschools.org> wrote:

Madeline,

Please see below and advise on any next steps?

I noticed this breakout group was very quiet and this was why...

Tracy Avicolli
Director of Arts and Wellness
Hartford Public Schools
Begin forwarded message:

    **From:** "Avicolli, Tracy" <Tracy.Avicolli@hartfordschools.org>

**Date:** October 28, 2020 at 6:09:23 PM EDT
**To:** "Barr, Catherine" <Catherine.Barr@hartfordschools.org>
**Subject: Re:  Serious Issue in Breakout Room**

Cat,

Thank you so much for bringing this to my attention. I appreciate your participation and your perspective always. This is very important.

Tracy Avicolli
Director of Arts and Wellness
Hartford Public Schools

> On Oct 28, 2020, at 3:10 PM, Barr, Catherine
> <Catherine.Barr@hartfordschools.org> wrote:
>
>
> Hey Tracy,
>
> Thank you again for leading a really important PD session. I am looking forward to growing in the uncomfortable and seeing our department change because of it.
>
> Unfortunately, there was a pretty terrible interaction right at the start of my breakout room's session. One of the men in our group, John G. (can't remember the last name) said "I'm not buying this white bashing bullshit. I've been teaching 33 years and never had to deal with this before, and don't plan to now."
> Some of the other people in the group agreed that they didn't get why anyone should have guilt, and that you "just live with the cards you are dealt with in life."  I tried to get a conversation going and had a short interaction with Erin Dugan. No other words were really said on the subject, and people just checked in with how people were doing in quarantine.
> I don't know if you still have the list of who was in which breakout room, but this was in breakout room 3. I was hoping either you or I could send a message directly to John; I would have said more in the zoom call, but I didn't feel that I would be supported in pushing him further into the conversation.
>
> I am hoping something can be done about this and thank you for being a person that I feel I can talk to about these matters.
>
> Have a good evening,
> Cat
>
>
> Catherine Barr
> PK-8 Music
> **Environmental Sciences Magnet School at Mary Hooker**
> *Serving students Pre-Kindergarten through Grade 8*
> 440 Broadview Terrace Hartford, CT 06106
> Office: 860-695-3761
> barrc001@hartfordschools.org
> www.environmentalsciencesmagnet.org
> <Outlook-Horizontal.png>

HARTFORD000641

# Exhibit C

Avicolli's November 10, 2020, Email



PLAINTIFF'S DEPOSITION
EXHIBIT

TA 6

11-14-24



Avicolli, Tracy

Tue 11/10/2020 · View more

Good Afternoon Erin, Cat, Abbey, Mike, Tim, Eric, and Claudia,

I wanted to follow up on our professional learning session on Identity and Privilege from 10/28. It has come to my attention that a fellow teacher was making inappropriate and aggressive comments in your breakout room. I am extremely upset and saddened by this behavior, not only about the comments themselves, but because that teacher created a unsafe and hostile environment for you be able to participate in our session.

Please know that this incident is being investigated and that you might be contacted by Suhail Aponte, as you were all present. If you notice that someone who was in the breakout room that day is not on this email, please let me know and I will send this to them.

I am so sorry you had this experience during our dept. professional learning session and please know this behavior is unacceptable. As always, please reach out to me with any questions or concerns on this. I thank you all for your professionalism and dedication to our work.

All my best,
Tracy



10.28.20 Arts and Wellness PD Feedback

Questions    Responses

Email address *

grany001@hartfordschools.org

**Feedback**

Please complete the next 3 very short questions. Thank you!

Which subject do you teach? *

○ Art
○ Dance
○ Theater Arts
○ Music
◉ PE/Health
○ Other

What did you enjoy and/or find valuable today? (PLUS) *

Absolutely nothing. That activity had nothing to do with art, music or PE / health. Talking about white privilege is part of the superintendent's personal agenda and I find it absolutely disgusting that this is the focus.

Let me know if you need anything more from me,
Tracy

**Tracy Avicolli**
Director of Arts and Wellness
**Hartford Public Schools**
330 Wethersfield Ave.
Hartford, CT 06114
860-695-8818
tracy.avicolli@hartfordschools.org



PLAINTIFF'S DEPOSITION EXHIBIT
TA 9
11-14-24
PENGAD 800-631-6989

**J. Grande - Eval. and Slide Deck**

Avicolli, Tracy <Tracy.Avicolli@hartfordschools.org>
Fri 1/29/2021 1:22 PM
To: Aponte, Suhail <APONS001@hartfordschools.org>
Hello Suhail,

Below is the Professional Learning Evaluation from 10/28. First screen shot is of the directions for the evaluation, proving it was not stated that this was anonymous. The sEcond screen shot is his response. Also here, is the slide deck for the learning that day Identity and Privilege PD Slide Deck from 10.28

1.



2.

HARTFORD001522

**J. Grande - Eval. and Slide Deck**

Avicolli, Tracy <Tracy.Avicolli@hartfordschools.org>
Fri 1/29/2021 1:22 PM
To: Aponte, Suhail <APONS001@hartfordschools.org>
Hello Suhail,

Below is the Professional Learning Evaluation from 10/28. First screen shot is of the directions for the evaluation, proving it was not stated that this was anonymous. The sEcond screen shot is his response. Also here, is the slide deck for the learning that day Identity and Privilege PD Slide Deck from 10.28

1.



2.

# Exhibit E

Avicolli's Emails Requesting Updates



PLAINTIFF'S DEPOSITION
EXHIBIT

TA 13

11-14-24

PENGAD 800-631-6989

**Granoth, Robert**

| | |
|---|---|
| **From:** | Avicolli, Tracy |
| **Sent:** | Monday, February 1, 2021 10:29 AM |
| **To:** | Aponte, Suhail |
| **Subject:** | Grande |

Good Morning Suhail,

Given that we are remotely working today, I didn't want your recommendation to Ed for John Grande to be forgotten. Please keep me posted on this.

Thanks for your help,
Tracy

Tracy Avicolli
Director of Arts and Wellness
Hartford Public Schools
330 Wethersfield Ave.
Hartford, CT 06114

**Granoth, Robert**

| | |
|---|---|
| **From:** | Avicolli, Tracy |
| **Sent:** | Wednesday, February 3, 2021 1:51 PM |
| **To:** | Aponte, Suhail |
| **Subject:** | RE: Grande |

Good Afternoon Suhail,

Checking in on the status of John Grande case. Please advise, thanks!

**Tracy Avicolli**
Director of Arts and Wellness
Hartford Public Schools
330 Wethersfield Ave.
Hartford, CT 06114

**From:** Avicolli, Tracy
**Sent:** Monday, February 1, 2021 10:29 AM
**To:** Aponte, Suhail <APONS001@hartfordschools.org>
**Subject:** Grande

Good Morning Suhail,

Given that we are remotely working today, I didn't want your recommendation to Ed for John Grande to be forgotten. Please keep me posted on this.

Thanks for your help,
Tracy

**Tracy Avicolli**
Director of Arts and Wellness
Hartford Public Schools
330 Wethersfield Ave.
Hartford, CT 06114

**Granoth, Robert**

| | |
|---|---|
| **From:** | Avicolli, Tracy |
| **Sent:** | Thursday, March 11, 2021 8:42 AM |
| **To:** | Aponte, Suhail |
| **Cc:** | Mccarthy, Christine |
| **Subject:** | J. Grande |

Good Morning Suhail,

Do you have an update on the John Grande case? I have not heard anything and last I heard from you, Ed Wilson was going to meet with him, however I have not received an invite.

Please advise. Thanks.

Tracy

**Tracy Avicolli**
Director of Arts and Wellness
Hartford Public Schools
330 Wethersfield Ave.
Hartford, CT 06114





**6:46**

**VD**

**2 People** >

Ya and did you speak with Sue?

> Ooof it was bad, Vanessa. Long story short, He is claiming that obviously he never said those things, and that the privilege activity was gaslighting and was made to target white men and make them feel bad.

> He's claiming harassment by administration and violating ADA because of his PTSD

**Vanessa Diaz-Valencia**

What the fuck?!

That's OUT of control. Does Madeline know?

> So then I opened my mouth because I was fuming...

> And Michelle heard the whole thing haha

> I told him that 1) I never knew him when he was investigated in the past and never had an issue with him 2) that I have an obligation to pass along these allegations from other staff 3) that I am concerned that after teaching in hartford for 32 years that you are not able to reflect on the purpose of that activity, given the population of students we instruct

iMessage



6:42

CM

Christine ›

anything special for them it a so sad

I'm super annoyed at Suhail

She never replies

What about Milly?

I can email them.

You want me to?

Sure yes please

Mar 16, 2021 at 2:32 PM

Please call me

grande situation

Mar 17, 2021 at 4:53 PM

Did you get a reply re: grande?

Mar 17, 2021 at 6:17 PM

Yes sorry sort of long story because after I talked to Ed then the parent didn't really want to make a complaint but I talked to Suhail this morning I will handle the inappropriate phone call internally.

And I also see a pattern of taking off Wednesday and want to talk to him about why he is going to need a doctors note

iMessage



**6:40**

**CM**

Christine >

Not Bulkeley, Weaver

That was my oversight, I forgot they recommended him because it was almost a month ago now!

Ok thanks let me know

Oct 29, 2020 at 9:19 AM

Hi! Need to talk to you later, re: John G. and and issue from PD yesterday

Grande or Gormley?

Ok

Oh god, sorry, forgot there's 2! Grande

I am waiting for a call from Erica but can try to chat in meantime but if she calls I have to hang up lol

On phone with Erica

Ok call when you can

Tag. You're it. Lol

Oct 30, 2020 at 4:24 PM

Ed Wilson is initiating an investigation on the JG incident. FYI

Ok

iMessage



CONFIDENTIAL

HARTFORD001467

6:40

‹ Search    "Grande" in Messages

her discount! It's called lash MD grande lash, if you're interested 👍

Christine McCarthy                    2/10/21

No grande in PD FYI

Suhail Aponte                         2/4/21

Hi Suhail, it's Tracy Avicolli. Do you have an update on John grande? Thanks!

+1 (860) 539-4635                     1/29/21

Hi Madeline. Just had meeting re: John Grande. He is claiming harassment, FYI. Will likely sue. I will keep you posted.

Christine McCarthy                    1/29/21

Hi, just had grande's investigation meeting. Call me when you can.

Christine McCarthy                    10/29/20

Oh god, sorry, forgot there's 2! Grande

CM    Grande or Gormley?

Becca Byrne                           5/25/18

Ooooo, grande soy latte one stevia....please. I'll give you $$



HARTFORD001469