# Exhibit D

Case 3:24-cv-00010-SFR    Document 45-4    Filed 03/05/25    Page 2 of 9
John Grande v. Hartford Board of Education, et al.
Suhail Aponte                                                                Job Date:12/13/2024

```
 1   CASE NO: 3:24-CV-00010-JAM: UNITED STATES DISTRICT COURT
 2     - - - - - - - - - - - - -X
 3   JOHN GRANDE,                      ) FOR THE DISTRICT
 4          Plaintiff,                 )
 5                                     ) OF CONNECTICUT
 6   v.                                )
 7                                     )
 8   HARTFORD BOARD OF EDUCATION,      )
 9   ET AL,                            )
10          Defendants.                )
11     - - - - - - - - - - - - - -X
12
13           DEPOSITION OF: SUHAIL APONTE
14           DATE:  DECEMBER 13, 2024
15           HELD AT:   HILTON GARDEN INN
16           1181 BARNES ROAD
17           WALLINGFORD, CT 06492
18
19
20   Reporter:    NICHOLAS J. SANTOVASI, JD, CER
21               BRANDON LEGAL TECH LLC
22               37 Pinnacle Mountain Road
23               Simsbury, Connecticut 06070
24
25
```

```
 1       Q    Okay.  So if the witness requested it?
 2       A    It would be their responsibility to have them there
 3   on the date and time.
 4       Q    Got you.  Understood.  In regards to the statements
 5   themselves, what was your process for recording the
 6   statements?
 7       A    Well, we will ask questions.  I think this is around
 8   COVID, so it had to be on Zoom or Teams or something.  And
 9   then I would just type it up and send it to them.
10       Q    And you said, "This."  What are you -- are you
11   referring to Mr. Grande's investigation?
12       A    Yes.
13       Q    Did you, like, take video recordings or audio
14   recordings of statements at any time?
15       A    No.
16       Q    Okay.  So the statements are something that you
17   would then type up based on your conversation?
18       A    Yes.
19       Q    Once you obtain the statements, what's the next step
20   in the investigation process?
21       A    Once I obtain the statement, once I type it up, make
22   sure the grammar and the spelling and everything is correct,
23   I would send it to the employee for them to review it and for
24   them to okay the statement to be in the investigation.
25       Q    And did you always do that?
```

Case 3:24-cv-00010-SFR    Document 45-4    Filed 03/05/25    Page 4 of 9
John Grande v. Clinton Board of Education, et al.
Suhail Aponte                                                    Job Date:12/13/2024

```
 1  29, 2020, at 8:58 p.m.  Let me know if you see that.
 2       A    You said 8:58 p.m.?
 3       Q    Yes.
 4       A    Yes.
 5       Q    And he says, "See below.  Is this the same teacher
 6  we were recently talking about?"  Do you see that?
 7       A    Yes.
 8       Q    What was that about?
 9       A    I'm going to believe that it's the email that he
10  attached below.
11       Q    But notice he says, "Is this the same teacher we,"
12  inferring you and him, were recently talking about?
13       A    Yes.
14       Q    What exactly -- I mean, what were you talking about?
15       A    Well, underneath this email, it talks about John
16  Grande.  So he was asking if this is the teacher we were just
17  recently talking about.
18       Q    Right.  And what did you talk about with him about
19  John Grande?
20       A    I'm going to assume it was the investigation.
21       Q    So you don't recall any specifics of a conversation
22  with him regarding Mr. Grande at that time?
23       A    No.
24       Q    If you turn to the first page, at the bottom email
25  there, from Tracy Avicolli to you, it looks like she gives
```

Case 3:24-cv-00010-SFR   Document 45-4   Filed 03/05/25   Page 5 of 9
Doloi-Grande v. Clinton Board of Education, et al.
Suhail Aponte                                                          Job Date:12/13/2024

1 | you a list of people who are in this breakout room.  Do you
2 | see that?
3 |      A    Yes.
4 |      Q    What's your understanding of what the breakout room
5 | was?
6 |      A    The breakout room is on Zoom, where people were
7 | split into these rooms to have conversations regarding some
8 | topic in the training.
9 |      Q    Did you ever confirm that this was everyone that was
10 | in the breakout room?
11 |      A    Tracy gave me the list of the people in the breakout
12 | room.
13 |      Q    Did you conduct, like, any independent investigation
14 | to determine whether that was everyone?
15 |      A    She gave me everyone that was in the breakout room
16 | when I requested it.
17 |      Q    Okay.  So did you like, do -- On your own without
18 | hearing anything from her, did you ever go out and say, "Yes,
19 | this is everybody that was in the breakout room," and
20 | independently verify that was everyone?
21 |      A    Well, during the investigation, I would ask every
22 | person I interviewed, like, who else was in the room.
23 |      Q    Okay.  And do you believe that this was everybody?
24 |      A    I believe so.
25 |      Q    And if you look at the next email, it looks like

Case 3:24-cv-00010-SFR   Document 45-4   Filed 03/05/25   Page 6 of 9
John Grande v. Clinton Board of Education, et al.
Suhail Aponte                                                    Job Date:12/13/2024

```
 1      A   Not specifically.
 2      Q   Did you ever do any other investigations into
 3   comments made at a professional development session?
 4      A   I don't recall.
 5              THE REPORTER:  Exhibit SA-6.
 6      Q   (By Mr. Hetherington)  Take a look at what's been
 7   marked as SA-6 and let me know if you recognize this email.
 8      A   Yes.
 9      Q   What is this email about?
10      A   I believe this is the slide deck of the training.
11      Q   And it looks like there's also some screenshots on
12   the email.  Do you see that?
13      A   Yes.
14      Q   There's one on the second page as well?
15      A   Correct.
16      Q   Do you recognize what those screenshots are?
17      A   Feedback questions.
18      Q   Was part of the investigation based on Mr. Grande's
19   alleged responses that are captured in these screenshots?
20      A   I don't recall.
21      Q   If you look at the date of this email, it's November
22   -- excuse me.  January 29, 2021, at 6:22 p.m. which would
23   have been after -- directly after your interview with Mr.
24   Grande.  Correct?
25      A   I believe so.
```

Case 3:24-cv-00010-SFR   Document 45-4   Filed 03/05/25   Page 7 of 9
John Grande v. Clinton Board of Education, et al.
Suhail Aponte                                                    Job Date:12/13/2024

```
 1       Q    What did you discuss with Tracy Avicolli that caused
 2   her to send this to you?
 3       A    I needed the actual slide deck for my investigation,
 4   so I needed the training.
 5       Q    What about the survey response?  Did you discuss
 6   that?
 7       A    Not that I'm aware of.
 8       Q    Did Tracy Avicolli ever send you an original copy of
 9   the survey response, or is this all you ever received?
10       A    I don't recall.
11       Q    Well, do you remember ever seeing an original copy
12   of the survey response?
13       A    I don't remember.
14       Q    So you don't recall that?
15       A    No.
16            THE REPORTER:  Exhibit SA-7.
17       Q    (By Mr. Hetherington)  Thank you.  These are another
18   series of emails between you and Tracy Avicolli.  Do you
19   recognize these?
20       A    Yes.
21       Q    And if you turn to the second page on the middle of
22   that page, it looks like there is an email from Tracy to you.
23   "Good afternoon.  Suhail," starts that way.  Do you see that?
24       A    Yes.
25       Q    Tracy notes that she's checking in on how things are
```

John Grande v. Clinton Board of Education
Suhail Aponte                                                             Job Date:12/13/2024

```
 1   discussion with him about the summary?
 2        A    No.
 3        Q    Why not?
 4        A    Because that's the end of it on my part.
 5        Q    What was every reason Mr. Grande was being
 6   investigated to your knowledge?
 7        A    For a comment that he made during a training.
 8        Q    Is that all you remember?  Is there anything else?
 9        A    That's all I remember.
10        Q    If you turn to the second page, that first full
11   paragraph, you mention the feedback portion of the PD, and
12   I'll represent to you that that's the alleged survey we
13   looked at earlier, the survey response.  Why did you include
14   that statement in this summary?
15        A    The one that starts -- during the feedback portion?
16        Q    Yes.
17        A    I don't know.
18        Q    So do you think that was another reason he was under
19   investigation?
20        A    No.
21        Q    So why include it in the summary?
22        A    Because it was information that was found during the
23   investigation process.
24        Q    Did you ever talk to the superintendent about the
25   alleged comments made about her?
```

Case 3:24-cv-00010-SFR    Document 45-4    Filed 03/05/25    Page 9 of 9
John Grande v. Clinton Board of Education
Suhail Aponte                                                    Job Date:12/13/2024

```
 1  statement to you and Ed Wilson.  Did you review this edited
 2  statement?
 3       A    Did I review it?
 4       Q    Yes.
 5       A    No.
 6       Q    Do you know whether Ed Wilson did?
 7       A    I don't know.
 8               THE REPORTER:  Exhibit SA-13.
 9       Q    (By Mr. Hetherington)  Exhibit 13 is a series of
10  statements.  Can you page through those and let me know if
11  you recognize all of them?
12       A    Yes.
13       Q    And you created all these?
14       A    Yes.
15       Q    And do you believe that you had everybody approve
16  their statements?
17       A    I believe so.
18       Q    If you didn't have everybody approve them, let's say
19  that didn't happen, why do you think that would have been?
20       A    They didn't submit it by the deadline and we just
21  proceed with the information we have online.
22       Q    Do you recall talking to Catherine Barr?
23       A    I don't recall.
24       Q    You don't recall your interview with her?
25       A    No.
```